

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NELSON GONZALEZ,

        Plaintiff,

-against-

THE ULANOV PARTNERSHIP, INC. and
NICHOLAS ULANOV,

        Defendants.
-----------------------------------------------------------X

Case No. 08 CIV 4467
(Judge Marrero)

AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA  )
    S.S.:

Scott Kucik, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 3rd day of June, 2008, at approximately the time of 12:40 pm, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ upon NICHOLAS ULANOV at 1216 30th Street, NW, Washington, DC, by personally delivering and leaving the same with NICHOLAS ULANOV at that address. At the time of service, deponent asked NICHOLAS ULANOV if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

NICHOLAS ULANOV is a white male, approximately 58 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 215 pounds with brown hair.

PROCESS SERVER

Sworn to before me this
5th day of June, 2008

NOTARY PUBLIC

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

.S., Inc.
Broadway
510
NY 10013
-925-1220
v.dlsny.com