

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELSON GONZALEZ,

        Plaintiff,

        -against-

THE ULANOV PARTNERSHIP, INC.,
and NICHOLAS ULANOV,

        Defendants.
------------------------------------------------------------X

Case No. 08 CIV 4467
(Judge Marrero)

AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
        S.S.:
COUNTY OF NEW CASTLE  )

    ONTRY PATTEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 3rd day of June, 2008, at approximately the time of 4:25 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; INDIVIDUAL PRACTICES OF UNITED STATES DISTRICT JUDGE VICTOR MARRERO, SOUTHERN DISTRICT OF NEW YORK; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ upon THE ULANOV PARTNERSHIP, INC. at Incorporating Services, Ltd., 3500 S. Dupont Highway, Dover, DE, by personally delivering and leaving the same with SUSAN WERTZ who informed deponent that she holds the position of Managing Agent with that company and is authorized by appointment to receive service at that address.

    SUSAN WERTZ is a white female, approximately 54 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 165 pounds with gray hair.

_[signature]_
ONTRY PATTEN

Sworn to before me this
11th day of June, 2008

_[signature]_
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com