Marrero

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NELSON GONZALEZ,

                              Plaintiff,

            - against -

THE ULANOV PARTNERSHIP, INC.
and NICHOLAS ULANOV,

                             Defendants.
----------------------------------------------------------x

08 Civ. 4467 (VM)

STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel, that the time for defendants the Ulanov Partnership, Inc. and Nicholas Ulanov to answer or move with respect to the Complaint of plaintiff Nelson Gonzalez in the above-referenced matter is extended to and including July 25, 2008.

Dated:  New York, New York
          June 12, 2008

BANTLE & LEVY LLP

_____
Lee Bantle (LB-7036)
817 Broadway
New York, NY 10003

Attorneys for Plaintiff Nelson Gonzalez

FRIEDMAN KAPLAN
SEILER & ADELMAN LLP

_____
Lance J. Gotko (LG-5443)
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

Attorneys for Defendants The Ulanov
Partnership, Inc. and Nicholas Ulanov.

SO ORDERED: 18 June 2008

_____
HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

621622.1