UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NELSON GONZALEZ

                          Plaintiff,            08 Civ. 4467 (VM)

        – against –            **STATEMENT PURSUANT**
                                                  **TO FED. R. CIV. P. 7.1**

THE ULANOV PARTNERSHIP, INC.
and NICHOLAS ULANOV,

                          Defendants.
------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Ulanov Partnership Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       July 25, 2008

                                          FRIEDMAN KAPLAN
                                             SEILER & ADELMAN LLP

                                          /s/ Lance J. Gotko
                                          Lance J. Gotko
                                          lgotko@fklaw.com
                                          1633 Broadway
                                          New York, NY 10019
                                          (212) 833-1100

                                          *Attorneys for Defendants*
                                          *Nicholas A. Ulanov and The Ulanov Partnership Inc.*

630465.2