UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NELSON GONZALEZ,                                  :
:
                                        Plaintiff,      :
:
        – against –                                         :          08 Civ. 4467 (VM)
:
THE ULANOV PARTNERSHIP, INC.,         :
and NICHOLAS ULANOV,                           :
:
                                       Defendants.      :
:
-------------------------------------------------------------------X

## DECLARATION OF NICHOLAS A. ULANOV IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Nicholas A. Ulanov declares as follows:

1.        I submit this declaration in support of defendants' motion to dismiss and for summary judgment on: (a) plaintiff's claim for sums allegedly remaining unpaid on a $20,000 bonus awarded on May 31, 2001 and a $12,500 bonus awarded on April 9, 2002; (b) plaintiff's claims for compensation from January 2003 until his resignation; (c) plaintiff's claims under the New York State Labor Law to the extent they seek recovery in respect of the period during which plaintiff was an independent contractor for the Company, and to the extent they seek recovery of allegedly unpaid bonuses; (d) plaintiff's third cause of action for quantum meruit/unjust enrichment; (e) plaintiff's claim for allegedly unpaid salary for work performed while he was an employee of the Company to the extent he has, in fact, been paid; (f) plaintiff's claim seeking reimbursement for $23,093.41 in expenses allegedly incurred on behalf of the Company; and (g) all of plaintiff's claims against me.

631280.4

**The Company**

2.      I am the Chief Executive Officer and Managing Director of The Ulanov Partnership Inc. (the "Company").

3.      The Company provides consulting services, in a wide variety of areas, to not-for-profit institutions. While providing services to large, well-known institutions (e.g., Oxford University), the Company has always been a relatively small operation, at any point in time employing no more than four or five individuals. At present, the only employees of the Company are me and my assistant, Lora Kramer.

4.      The Company works with just a few clients at any given time, and payments from clients come in at irregular intervals, most significantly after we have performed all of our work on a given project. As a result, the Company's revenues go through peaks and valleys, which has caused the Company sometimes to defer compensation. Thus, like many operators of small businesses, I draw a salary only when the Company can afford it. Similarly, pursuant to Company policy, any bonuses awarded to the Company employees are paid only if and when the Company can afford to pay them (and even then are forfeited, to the extent not already paid, once an employee leaves the Company).

**Plaintiff Begins Work for the Company/Bonuses**

5.      Plaintiff Nelson Gonzalez commenced employment with the Company on a full-time basis in 1997. When plaintiff was first hired, I explained to him that he would be paid an annual salary, and that if his performance demonstrated that he was likely to make continued, valuable contributions to the Company, the Company might, at its discretion, award him a bonus.

6.      The Company's bonus policy has always been that the issuance and amount of a bonus is purely discretionary, based on my determination that an employee's

performance demonstrated that he was likely to make continued, valuable contributions to the Company. In addition, it has always been the Company's policy that, even once a bonus has been awarded, payment is conditioned on: (a) the Company's financial ability to pay the bonus; and (b) the recipient's continued employment with the Company. I explained the Company's bonus policies to plaintiff when he joined the Company in 1997.

7. Pursuant to the exercise of the Company's discretion, plaintiff did not receive a bonus in 1997, 1998, 1999, 2000, 2003, 2004, 2005, and 2006. On May 31, 2001, plaintiff was awarded a bonus in the amount of $20,000 (the "2001 Bonus"). (*See* **Exhibit 1**[1] (E-mail from N. Gonzalez to L. Kramer dated May 2, 2002).) When I awarded the 2001 Bonus to plaintiff, I reminded him of the Company's bonus policies.

8. On April 9, 2002, plaintiff was awarded another bonus in the amount of $12,500 (the "2002 Bonus"). (*See* Exhibit 1; **Exhibit 2** (E-mail from L. Kramer to N. Ulanov dated Nov. 13, 2002).) I informed plaintiff of the bonus award (and again reminded him of the Company's bonus policies) at his annual performance review, which took place at the Markel Foundation in New York, New York. (*See* **Exhibit 3** (Performance Review of N. Gonzalez).)

9. The Company made a bonus payment to plaintiff of $5,000 on July 25, 2001, a bonus payment of $5,000 on August 20, 2001, a bonus payment of $5,000 on May 2, 2002, and a bonus payment of $1,800 on December 31, 2003. (*See* **Exhibit 4** (Bank Statement of The Ulanov Partnership Inc. for June 30, 2001 through July 31, 2001); **Exhibit 5** (Check to N. Gonzalez from The Ulanov Partnership Inc. dated Aug. 20, 2001); **Exhibit 6** (Check to N.

---

[1] All documents attached as exhibits to this declaration are true and accurate copies of such documents.

631280.4

Gonzalez from The Ulanov Partnership Inc. dated May 2, 2002); **Exhibit 7** (Check to N.

Gonzalez from The Ulanov Partnership Inc. dated Dec. 31, 2003).)

**Plaintiff and the Company Enter Into an Agreement that**
**Allows Plaintiff the Opportunity to Pursue a Ph.D. Abroad**

      10.    In August of 2002, the Company and plaintiff entered into an agreement

that would allow plaintiff to work part-time so he could pursue a Ph.D. for a period of between

six months to one year in Belgium.

      11.    Although I was not warm to this idea, plaintiff ultimately convinced me to

go along with it because it offered several benefits for the Company. First, plaintiff's obtaining a

Ph.D. could benefit the Company's reputation. Second, pursuant to the agreement with plaintiff,

he promised to return to the Company for at least fifteen months and to give the Company at

least six months notice of his intention to resign – thus giving the Company comfort that, in

return for facilitating plaintiff's pursuit of his doctorate, it would get at least fifteen months'

worth of work out of plaintiff upon his return, and at least six months to get its affairs in order

should plaintiff decide to resign. The terms of the Company's agreement with plaintiff were

memorialized in an e-mail sent by plaintiff to me on August 13, 2002. (*See* **Exhibit 8** (E-mail

from N. Gonzalez to N. Ulanov dated Aug. 13, 2002).)

      12.    The e-mail stated:

Dear Nicholas:

I am extremely glad we were able to resolve the issue of my
affiliation with the Firm during and after my time in Belgium, and
I am grateful for your flexibility and generosity in allowing our
conversation to come to a point of agreement.

To summarize, I understand that I will remain a member of the
Firm for the time I am away on my academic Fellowship (from
around December 2002, for a minimum of six months and for up to
a year), and I will be available to contribute to its work

(presumably mainly the development of the RiWSA) for the
equivalent of a day per week. I also understand that I will remain
with the Firm for a minimum of 15 months after my return, and
that should I decide not to continue with the Firm, I will give six
months notice.

I am looking forward to continuing my involvement with our work
while I am away and more fully upon my return, when I hope a
(presumed) doctoral qualification will actually be of some use to
us!

Regards and thanks,

Nelson

(*See* Exhibit 8.)

**Plaintiff Works as an Independent
Contractor While Pursuing His Ph.D.**

13.    In or around January 2003, plaintiff began to pursue his Ph.D. through the

London School of Economic and Political Science as a Fellow at Catholic University Leuven in

Belgium.

14.    At the beginning of this period, because his status as a Company employee

had ended, he was paid for accrued but unused vacation and holiday pay. (*See* **Exhibit 9** (Check

to N. Gonzalez from The Ulanov Partnership Inc. dated Jan. 21, 2003); **Exhibit 10** (Bank

Statement of The Ulanov Partnership Inc. for Dec. 31, 2003 through Jan. 31, 2003).)

15.    During this time, I asked plaintiff to devote his part-time efforts to the

development of the Royal Institution World Science Assembly (also referred to as "RiWSA" or

"RiSci" ("RiSci")), a joint project of the Company and the Royal Institution of Great Britain.

The idea behind RiSci was to support interactions between science and public policy.

16.    The board of RiSci, which was controlled by the Royal Institution of Great

Britain, gave plaintiff the title of director, and during his work for RiSci plaintiff received a

631280.4

payment in the amount of $25,000 from RiSci. (*See* **Exhibit 11** (Bank Statement of RiSci).)

While he was abroad, plaintiff acknowledged his status as an independent contractor. (*See*

**Exhibit 12** (E-mail from N. Gonzalez to L. Kramer dated August 26, 2005).)  During this period,

plaintiff's working hours were not set by the Company, he was not on the Company's payroll,

and he did not receive any fringe benefits from the Company.  The Company did not micro-

manage plaintiff's work, and plaintiff pursued RiSci's development largely on his own initiative.

In addition, plaintiff's income from the Company during this period was recorded on an IRS

Form 1099, not a W-2.  (*See* **Exhibit 13** (IRS Form 1099 for 2003, 2004 and 2005.)

**Plaintiff Extends His Stay Abroad**

17.    Plaintiff did not finish his studies within the agreed-to period of one year.

(*See* Exhibit 8).  Instead, plaintiff made several requests to extend his stay abroad, in which I

acquiesced figuring that, given how far things had gone by then, it was better to allow plaintiff

more time in which to obtain his Ph.D. than have him return to the Company without one.

**Plaintiff Does Not Obtain a Ph.D. and Returns**
**To Full-Time Employment With the Company**

18.    Ultimately, however, plaintiff did not obtain his Ph.D., and in mid-

November 2005 – some two years and ten months after commencing the part-time arrangement –

plaintiff returned to the United States and resumed working on a full-time basis for the

Company, with an agreed upon annual salary of $150,000.

19.    All told, the Company paid plaintiff a total of $96,875 while he was

abroad (instead of the $37,500 that would have been paid had plaintiff been gone only a year).

The Company, however, did not receive any revenues from the work that plaintiff performed for

RiSci.  Having to pay plaintiff, without his helping generate major income from clients as a

regular consultant on a full-time basis, placed such a strain on the Company's finances that, after

6

631280.4

having paid 31 months of compensation (instead of the originally contemplated 6-12 months), that it was unable to pay plaintiff during his last four months on leave and in the second pay period upon him returning to full-time employment. The Company fully intended to pay plaintiff for these periods – and I so informed plaintiff – until he materially breached the very agreement that had allowed him to go abroad for 34 months (as explained below).

**In Breach of His Agreement With the Company,**
**Plaintiff Resigns Early and Fails to Provide Six Months Notice**

20.    On or before October 15, 2006 – just 11 months after his return, instead of the minimum 15 months that plaintiff had promised the Company – plaintiff left his employment with the Company, without providing the six months notice that he also had promised the Company.

21.    Although requested by the Company to do so, plaintiff has not returned a laptop computer worth approximately $3,000 belonging to the Company, software belonging to the Company, and confidential and proprietary work product and intellectual property belonging to the Company.

**Plaintiff Steals a Client, and Confidential**
**And Proprietary Information, from the Company**

22.    During the period from plaintiff's return to full-time employment to his resignation, the BBC World Service Trust ("BBC") was one of the Company's largest and most profitable clients. Plaintiff worked on the BBC engagement. After the Company's initial work for the BBC was completed, the Company proposed to the BBC further work which was expressly denominated "Phase II" by all the parties involved. All signs pointed favorably to the Company obtaining the Phase II work from the BBC.

23.    Shortly after plaintiff's resignation, however, Stephen King, director of the BBC, informed me that the BBC no longer required the Company's services. (*See* **Exhibit 14** (E-mail from S. King to N. Ulanov dated Jan. 5, 2007).) Only a few weeks later, both King and plaintiff informed me that plaintiff was going to continue to perform services for the BBC. (*See* **Exhibit 15** (E-mail from S. King to N. Ulanov dated Jan. 24, 2007); **Exhibit 16** (E-mail from N. Gonzalez to N. Ulanov dated Jan. 24, 2007).) Initially, both plaintiff and King  assured me that the work plaintiff would perform for the BBC would be short-term; however, this turned out not to be the case. (*See* Exhibit 15; Exhibit 16.) Significantly, plaintiff's work for the BBC was denominated "Phase II," and used precisely the same concepts that the Company had pitched to the BBC as "Phase II." (*See* **Exhibit 17** (BBC Report to Trustees, Cover Page).)

24.    In the end, the Company lost over $140,000 dollars in business due to plaintiff's theft of its relationship with the BBC and its work product.  In addition, using the BBC work he took from the Company, plaintiff lured away an independent contractor who was performing valuable services for the Company.

**Tax Records**

25.    For plaintiff's work for the Company in respect of 1997 through December 2002, the Company recorded plaintiff's compensation on an IRS Form W-2. (*See* **Exhibit 18** (IRS Form W-2 for 2000, 2001, 2002, 2003, 2005 and 2006).)

26.    In 2003, the Company reported compensation to plaintiff on both an IRS Form W-2 and an IRS Form 1099. (*See* Exhibit 13; Exhibit 18.)  Plaintiff's 2003 IRS Form W-2 recorded $10,558.06, representing his salary for the pay period November 15, 2002 through December 18, 2002, as well as a payment made to him on January 21, 2003 representing the balance of his unused vacation pay and holiday pay.  (*See* Exhibit 9; Exhibit 10; Exhibit 18.)

8

631280.4

Plaintiff's 2003 IRS Form 1099 recorded the "nonemployee compensation" he received for the part-time work he performed while pursuing his Ph.D. (*See* Exhibit 13.)

27.    In 2004, the Company provided plaintiff only with an IRS Form 1099, which recorded his "nonemployee compensation." (*See* Exhibit 13.)

28.    In 2005, the Company recorded the compensation it provided to plaintiff on an IRS Form 1099, for the "nonemployee compensation" he received for the part-time work he performed while pursuing his Ph.D., and an IRS Form W-2 form for the compensation he received as a full-time employee beginning in mid-November 2005. (*See* Exhibit 13; Exhibit 18.)

29.    In 2006, the Company reported all of plaintiff's compensation on an IRS Form W-2. (*See* Exhibit 18.)

**Unpaid Salary**

30.    Plaintiff was paid all salary owed to him during his time as a full-time employee beginning in November 2005 through his resignation, except arguably $7,217.20 constituting his salary for the period of December 16, 2005 through January 15, 2006. (*See* **Exhibit 19** (Paystubs for pay periods starting November 16, 2005 through October 15, 2006).)

**Plaintiff's Untimely and Inappropriate**
**Requests for Reimbursement of Expenses**

31.    It is the Company's policy that employees' requests for reimbursement of business expenses must be supported with explanatory detail and, if requested, backup documentation such as receipts, so the Company can comply with all applicable tax laws and regulations.

32.    Plaintiff understood and generally complied with this policy. For example, in his expense reimbursement requests for January and February 2006, plaintiff

9

separately identified every single individual item for which he was seeking reimbursement, its amount, date, nature, and the place where the expense was incurred. (*See* **Exhibit 20** (N. Gonzalez expense reimbursement requests for Jan. and Feb. 2006).)

33.     On September 15, 2006, shortly before his resignation, plaintiff submitted an expense reimbursement request for the period April to July 2006, totaling $20,774.68. (*See* **Exhibit 21** (N. Gonzalez expense reimbursement request,  Sept. 15, 2006).)  Contrary to Company policy, and unlike expense reimbursement requests previously submitted by plaintiff, this request was wholly lacking in detail.

34.     On July 29, 2007, nine months after he resigned, plaintiff submitted an updated expense reimbursement request to the Company totaling $25,951.02. (*See* **Exhibit 22** (N. Gonzalez expense reimbursement request, July 29, 2007).)  In it, plaintiff increased (without explanation) the amount he previously had requested for the period April to July 2006 by $586.54 (from an original $20,774.68 to a revised $21,361.22), and requested reimbursement for the period August to October 2006 of $4,589.80. (*See* Exhibit 22.)  This reimbursement request, like the previous one, was wholly lacking in detail.

35.     Though requested by the Company to do so, plaintiff has failed and refused to provide details explaining and backup documenting the expenses for which he is seeking reimbursement.

631280.4

\*        \*        \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.  Executed on July 25, 2008

_____
NICHOLAS A. ULANOV

631280.4

# EXHIBIT 1

X-Envelope-To: <kramer@ulanov.com>
Reply-To: "Nelson Gonzalez" <gonzalez@ulanov.com>
From: "Nelson Gonzalez" <gonzalez@ulanov.com>
To: "Lora Kramer" <kramer@ulanov.com>
Subject: While we're on the subject...
Date: Thu, 2 May 2002 01:35:06 -0400
Organization: The Ulanov Partnership
X-Mailer: Microsoft Outlook Express 5.50.4133.2400

Dear Lora,

Since we're talking money...just wondering if you have any indication of when my backlog of bonuses will be paid?  As far as I know, the following are outstanding:

2001 bonus:          $10,000
2002 bonus:          $12,500
2002 raise backpay:  ~$4,000

Thanks, Lora...it would be good to know when this will all be available to me, so that I can think about maybe buying a place of my own, finally!

Regards,

Nelson

# EXHIBIT 2

Nicholas Ulanov, 05:44 PM 11/13/2002, Salary info

To: Nicholas Ulanov <Ulanov@Ulanov.com>
From: Lora Kramer <kramer@ulanov.com>
Subject: Salary info
Cc:
Bcc:
Attached:


    Gross         Last Bonus Paid      Last Salary Increase
Lora        51,183        5,000.00 5/2/02            11/14/2000
NG 137,500           5,000.00 5/2/02          5/2/2002 + 12.5k add'l bonus

Outstanding Bonuses:
NG 17,500
Lora       5,000

Dates of Hire:
Lora       9/11/95
NG         9/01/97

# EXHIBIT 3

# Associate

## Annual performance review

The purpose of the annual performance review is to allow both the Associate and the Principal or Director responsible for the Associate's career development to consider the previous year's work by the Associate and how it has met the needs of the Associate, clients, and the Firm.

Part of that review consists of an examination of the evaluation of the Associate's efforts to fulfill the responsibilities outlined in the Associate job description, as recorded by the Engagement Director(s) with whom the Associate has worked most closely in the prior year and examined by the Associate's career development Principal or Director.  Another important part of the review is a complementary discussion of the Associate's views of the past year, including areas in which the Firm could better assist the Associate's career development, its clients, and itself.

When both the Associate and the career development Principal/Director believe the discussion of the Engagement Director(s)' evaluation has been satisfactory and that any comments that the Associate wishes to add have been recorded, they should sign the form.  If the career development Principal/Director feels that the evaluation forms prepared by the Engagement Director(s) do not sufficiently reflect the previous year's efforts by the Associate (for example, if the Associate has spent much of the year on Firm activities not directed by an Engagement Director), the Principal/Director may fill out a further evaluation form.  Until both signatures have been made to all evaluation forms prepared - or the Associate has formally declined to sign a form despite the opportunity to add comments - the annual performance review remains open.

Should the Associate be dissatisfied in any way with annual performance review, the matter should, if practical, be taken up first with the Associate's career development Principal or Director, then with the Firm's Managing Director or his/her designee.

## Performance evaluation

| | |
|---|---|
| Associate's name   NELSON R. GONZALEZ | Date joined Firm |
| Engagement Director evaluating   NICHOLAS A. ULANOV | Date of evaluation and signature |
| Signature of Engagement Director | 6 APRIL 2002 |
| Career development Principal/Director examining   NICHOLAS A. ULANOV | Date of Principal/Director exam  6 APRIL 2002 |
| Year in review (normally an anniversary year of Associate joining Firm)  (18 MONTHS) 1 SEPTEMBER 2000 - 28 FEBRUARY 2002 | Note(s) (if applicable)  NO 12 MONTH ANNUAL REVIEW DONE. NEXT REVIEW TO BE IN 6 MONTHS ON ANNIVERSARY DATE. | Date review is discussed with Associate by career development Principal/Director  9 APRIL 2002 |
| Signature of Associate | Date of signature  9 April 02. |
| Signature of career development Principal/Director | Date of signature  9 APRIL 2002 |

2

## Client Service

| Activity | Comments | 1-4 |
|---|---|---|
| Plan and carry out analysis | | 3+ |
| Assist in developing engagement plans | - PREPARED EVALUATION PORTION OF MAR<br>- PLANNED EXTENSION OF SED<br>- EXTENSIVE PLANNING FOR ROI<br>- SAME FOR FFO | 4 |
| Implement engagement plans | - SUPERB MATERIALS GENERALLY<br>- TOO OFTEN DELIVERED AFTER CLIENT-PROMISED DATES<br>- LED CLIENT SEMINARS (SED, MAR)<br>- NOT TOTALLY SUCCESSFUL WITH TAA | 3 |
| Examine client circumstances quantitatively and qualitatively | - VERY GOOD WORK OF SED, ESPECIALLY CORE SERVICES, ALSO SCALING LEARNING<br>- CONTINUED FINE WORK ON FOUNDATION PREMIUM EVALUATION, GENEROUSLY TUNED TO CLIENT QUALITATIVE/QUANTITATIVE ORIENTATION | 3+ |
| Analyze analogue institutions and circumstances | - GOOD IN PRINCIPLE, BUT THIS 18 MONTHS MORE IN PLANNING THAN EXECUTION<br>(E.G., FOUNDATION VISITS, GLOBAL GATHERING) | 3 |
| Review and amend work plans | - VERY EFFECTIVE WITH SED<br>- USEFUL WITH MAR<br>- EXCELLENT WITH ROI<br>- PLAYING CATCHUP WITH TAA | 4. |
| Synthesize | | 3 |

3

| Activity | Comments | 1-4 |
|---|---|---|
| Produce insights to advance problem-solving and issues identification | –REGULARLY EXCELLENT WITH ALL CLIENTS — NEED IS TO FORMULATE COMMUNICATION / CHANGE STRATEGY | 3 |
| **Advise** | | 3+ |
| Counsel clients on execution, especially related to engagement | –AS PERHAPS TO BE EXPECTED, VARIABLE<br>–GREAT SUCCESS WITH SCHOLASS AND ANNE CHRISTEN LESS WITH ALEXA CLINNELL<br>–MODERATE SUCCESS AT MAR-BOT IN SOME ASPECTS A STANDOUT<br>–MIXED WITH DAN STHARD | 3/ /4+ |
| Assist in senior client counseling, consistent with engagement goals and plans | AS ABOVE | |
| Assist clients in advancement of their missions, as opportunities are presented | –SUPERB ON MAR, SPD<br>–VERY GOOD ON ROI<br>–MIXED ON TAA<br>–WITH SOME FFO MANAGERS | 3+ |
| Collaborate with Firm colleagues to further their and shared work on behalf of the client | –GREAT STRIDES HERE:<br>•MEMOS TO NJ<br>•E-MAIL SEVERALLY<br>•VISITS WITH JUDY NINER<br>–NEED A BIT MORE SCHEDULE COORDINATION | 3+ |
| **Associate** | | 3+ |

4

| Activity | Comments | 1-4 |
|---|---|---|
| Adapt to client culture, while maintaining professional status | – GENERALLY VERY SUCCESSFUL IN ALL ASPECTS <br> – DID NOT ALWAYS WORK AT FFO | 4 |
| Work on client premises | – A BIT TOO ISOLATED IN CONTACT | 3 |

## Presentation

| Activity | Comments | 1-4 |
|---|---|---|
| Prepare, design, and execute | | 3+ |
| Draft exhibits and memoranda illuminating key issues | – HIGH VOLUME OF INSIGHTFUL MEMOS-OO ACROSS ALL CLIENTS AND PROSPECTIVE CLIENTS <br> – EXCELLENT INSIGHTS <br> – VERBAGE NEED TO BE SOMEWHAT BOILED DOWN/PUNCHED UP <br> – IMPROVED, BUT STILL NEEDS MORE GRAPHIC EXPOSURE | 3 |
| Refine written materials to advance client and Firm understanding | – SEE ABOVE <br> – NEED MORE REWRITING ? | 3 |
| Prepare documents or sections for client or Firm, leading to positive conclusions and actions | – MATERIALS VERY EFFECTIVE, AND LED TO CONCRETE OUTCOMES WITH SFD, ROI, LOTELY TAA     – SOMEWHAT WITH FFO <br> – MATERIALS NOT EFFECTIVE WITH MAR (~ RELOTTE TERMS) | 3+ |

5

| Activity | Comments | 1-4 |
|---|---|---|
| **Present** | | 3+ |
| Deliver materials and conclusions to client, Firm, or external audiences leading to agreement and momentum for action | - IN GENERAL VERY EFFECTIVE IN SPIRIT (SEE BELOW) AND VISUAL MOVEMENT WITH SFD, RSI, TAA <br> - NOT EFFECTIVE IN MOVING NAR | 3 |
| Build cooperative spirit in presentation, generating shared understanding and credit to client and, where possible, the Firm | - A REMARKABLE MANNER, LEADING TO EXCELLENT SPIRIT AND RESPECT IN ALL CLIENT SITUATIONS, BUT THIS 'CAPITAL' IS NOT CONSISTENTLY BEING CONVERTED TO CLIENT CHANGE | 4 |

## Leadership and teamwork

| Activity | Comments | 1-4 |
|---|---|---|
| **Lead** | | 4- |
| Take initiative to serve clients better, enhance Firm capability, and improve others' professional experience | - THE INITIATIVE IS CONSTANT, SOUND, VALUABLE, CREATIVE, AND REINVIGORATED <br> - APPEARS 'GUNSHY' ABOUT DEALING WITH CLIENT UNPOPULAR SUBJECTS : DEVELOPMENT OPPORTUNITY | 3+ |
| Share experience and advocate a point of view important to engagement outcome, client mission, or individual performance - and know when not to | - DRAWING ON EXPERIENCES WELL <br> - KEEPING CONFIDENCES AND AVOIDING CLIENT DISCOMFORT WHILE OPENING EYES TO OTHERS' EXPERIENCES <br> - NEED TO LEARN TO CONVEY 'BAD' NEWS | 3+ |

| Activity | Comments | 1-4 |
|---|---|---|
| Set an example in work conduct, character, and treatment of others so as to encourage others' superior performance as well | – ABSOLUTELY RIGHT | 4 |
| Practice teamwork | | 3+ |
| Collaborate with colleagues and client staff to maximum client and Firm benefit | – GENERALLY SUPERB ON BOTH CLIENT AND FIRM FRONT, BUT SEE COMMENTS ABOVE IN MANAGING CHANGE | 3+ |
| Act so whole is greater than the sum of the parts, applied to individuals and their efforts' results | – CONSISTENTLY FOCUSED ON LARGER PICTURE, WITH POSSIBLE EXCEPTION OF TAA (WHERE PARTS' AND 'WHOLE' GOT SEPARATED) | 4 |
| Ensure client's "own" engagement results and put client credit ahead of Firm or personal credit | – MIGHT LEAD TO MORE CLIENT CHANGE IF THIS STRATEGY WERE MORE EXPLORED | 3 |

## Professionalism

| Activity | Comments | 1-4 |
|---|---|---|
| Further knowledge | | 4 |

7

| Activity | Comments | 1-4 |
|---|---|---|
| Carry out work so that it enhances or expands client and Firm knowledge | - A COTHOLIC APPROACH TO CLIENTELLE AND OUTJING RESEARCH<br>- CONTINUALLY SYNTHESIZING | 4 |
| Undertake Firm initiatives to increase client and Firm expertise and understanding of client and consulting issues | - TRACKINGS/PLEN          - CFR<br>- BREAKOFF AND OTHER INTRODUCTION)<br>- FANDOTIVE ENCLOSURE VISITS<br>- WIDE SHEING + REGODING — AND SHARING OF WHAT MATTERS | 4+ |
| Take advantage of opportunities to improve individual knowledge and to share it | - SEE ABOVE<br>- EXCELLENT AND POSITIVE NETWORKING AND OUTREACH AS WELL AS RESEARCH | 4 |
| **Put clients first** | | 4 |
| Without exception within ethical bounds preserve client interests | - EXCELLENT SENSITIVITY IN THIS RENND, PRACTICED | 4 |
| Serve clients to the best of ability | - NEED TO DEVELOP ABILITY TO BE 'AD HOC' | 4 |
| Preserve client confidentiality, except where waived by client for client-based motives | - HANDLED SPD JOB OFFER RIGHT UNDER DIFFICULT CIRCUMSTANCES | 4 |

8

| Activity | Comments | 1-4 |
|---|---|---|
| **Advance the Firm** | | 4 |
| Promote Firm interests through superb engagement work | - QUALITY IS CONSISTENTLY HIGH | 3+ |
| Enhance Firm reputation through high professional conduct and standards | - ALWAYS A CREDIT, AND CONSISTENTLY LEAVES PEOPLE IMPRESSED AND INTERESTED IN FIRM | 4 |
| Develop new and enhance existing Firm professional techniques | - USED WEB TO ADVANTAGE <br> - PUSHED EDGE OF EXYNODSTON PROBLEM EVALUATION | |
| Represent the Firm to the wider community where appropriate | - FES NETWORKING ETC <br> - BRAVURT IN ENQVIRIO (IEES, PRECIMIRA, IRVING, STIMULATED MARKET, DELIVERED FREEDOM FIRM) | 4 |
| **Manifest professionalism** | | 4. |
| Increase personal consulting competences and master techniques | - SUPERB TAKEOVER AND LEADERSHIP ON JFD <br> - GREATLY EXPANDED USE OF PLANNING / STRUCTURAL MEMORANDA <br> - NEED TO WORK ON MOVING CLIENTS ON DIFFICULT ISSUES AND ENGAGEMENT NEGOTIATION | 4/3 |

9

| Activity | Comments | 1-4 |
|---|---|---|
| Ensure work experience increases professional knowledge, satisfaction, and happiness | – SEEMS EXCELLENT ON KNOWLEDGE FRONT<br>– NOT SURE HAPPY BALANCE IS ACHIEVED | 3 |
| Pursue education | AS REFLECTED ELSEWHERE, VERY WELL HANDLED IN THIS PERIOD | 4– |
| Exercise judgement and attempt wisdom at all times | AGAINST VERY DEMANDING STANDARD<br>– A SUPERB MANAGER/ASSOCIATE STANDARD,<br>BUT NEEDING MORE AT A PRINCIPAL LEVEL | 3+ |
| Set and adhere to highest professional principles in all matters, especially the treatment of others | – FLAWLESS | 4 |
| Remember, and if necessary apply, the obligation to dissent where a client appears to be misserved | – GENERALLY SEEMS WELL IN PLACE, BUT<br>THOUGH CHALLENGING OF NU IS BETTER,<br>STILL NOT ALWAYS CONVINCED IT<br>OCCURS WHEN IT SHOULD | 3+/4– |

Note: Numerical ratings are 1-Unacceptably poor, 2-Needs improvement, 3-Good performance, 4-Outstanding performance, these ratings serve as a guide only, while particular attention should be paid to written comments.

Notable circumstances affecting Associate's prior year

- 18 MONTH PERIOD
- NU POTENTIAL ILLNESS AND DEATH
- SIGNIFICANT CLIENT TURNOVER
- SFD JOB OFFER

Particular achievements not noted in specific comments above

- SIGNIFICANT INTRODUCTIONS TO FIRM, INCLUDING FIRST SOLO CLIENT GENERATION

- PLAYED BEGINNING-TO-END ENGAGEMENT ROLE IN PFD, AND NEGOTIATING IT WITH SFD + TAA

- TURNED SFD DOWN AND MAINTAINED MUCH OF RELATIONSHIP

- BEGAN TO RIGHT TAA CLIENT DETERIORATION
- NEGOTIATED INVOLVEMENT OF CLIENT JON SWARD IN OTHER CLIENT/VP JOINT VENTURE.

Matters needing attention by the Associate

SEE BELOW

Areas/actions important for further development by Associate in coming year

- AS NOTED, IN MOVING TOWARD PARTNERSHIP IT IS IMPORTANT TO DEVELOP ABILITY TO FACE CLIENT WITH DIFFICULT/UNPLEASANT CONCLUSIONS OR ISSUES. THIS NEEDS WORK.

- IT IS ALSO WORTH THINKING ABOUT GETTING MORE INVOLVED IN MONETARY NEGOTIATIONS (THOUGH LESS IMPORTANT AT THIS STAGE).

- STILL SOME NEED IN CHARTING DEVELOPMENT IN ORDER TO LEAD AN ENGAGEMENT

**Overall comments by the Engagement Director**

- A RESULTS [illegible] — AND RESULTS ACHIEVING — 18 MONTHS.
- SUPERB PERSONAL/PROFESSIONAL GROWTH
- EXCELLENT TRAJECTORY

**Comments (if any) by the Associate's career development Principal/Director**

- AN EVER MORE VALUED COLLEAGUE AND INVALUABLE FRIEND
- OUR CLIENTS AND FIRM ~~ARE~~ FORTUNATE AND WELL SERVED

**Comments (if any) by Associate**

- While grateful for the diverse opportunities brought by all of the recent client activity (FFO, MAR, etc.), a little disappointed that not able to pursue two key goals [illegible] with firm and [illegible] when decided to stay: opportunities to (1) more international work, (2) [illegible] intellectual capital [illegible] [illegible]

- Conscious of professional development & growing confidence in professional abilities, but also very aware of need for continued growth. Concerned that not hitting a ceiling in development [illegible] for enriching & encouraging feedback & mentor opportunities

22 Feb 1994

# EXHIBIT 4

UNITED STATES TRUST COMPANY
OF NEW YORK

114 WEST 47TH STREET
NEW YORK, NY 10036-1532

# U.S. TRUST

STATEMENT PERIOD:
June 30 – July 31, 2001

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

Direct Inquiries To:
Joseph Moller
1-212-887-0483

Checks Enclosed: 6

Taxpayer Identification Number
22-3272214

## SUMMARY OF ACCOUNT

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 20-9397-9 | $40,068.18 |

EFFECTIVE 7/9/01, PLEASE USE OUR NEW FED WIRE INSTRUCTIONS:
UNITED STATES TRUST COMPANY OF NEW YORK, ABA# 021001318
INDICATE BENEFICIARY NAME AND BENEFICIARY ACCOUNT NUMBER

## Business Checking Summary  # 20-9397-9

| | |
|---|---|
| Beginning Balance | $623.47 |
| Total Credits | $ 155,001.87 |
| Total Debits | $115,557.16 |
| Ending Balance | $40,068.18 |

## Business Checking Transactions  # 20-9397-9

| Date | Amount | Description | Balance |
|---|---|---|---|
| Jul. 2 | 20,000.00+ | | $20,623.47 |
| Jul. 3 | 5,000.00 | | |
| Jul. 3 | 35.00 | | $15,588.47 |
| Jul. 6 | 36,000.00+ | | $51,588.47 |

REDACTED

continued on next page

UNITED STATES TRUST COMPANY
OF NEW YORK

114 WEST 47TH STREET
NEW YORK, NY 10036-1532

# U.S. TRUST

Page 2 of 3

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

## Business Checking Transactions # 20-9397-9
- continued

| Date | Amount | Description | Balance |
|------|--------|-------------|---------|
| Jul. 9 | 10,000.00 | | $41,588.47 |
| Jul. 10 | 5,000.00+ | | |
| Jul. 10 | 6,000.00 | | |
| Jul. 10 | 10,000.00 | | $30,588.47 |
| Jul. 11 | 1,588.00 | | |
| Jul. 11 | 4,000.00 | | |
| Jul. 11 | 14,000.00 | REDACTED | $11,000.47 |
| Jul. 16 | 4,132.42 | | $7,868.05 |
| Jul. 17 | 6,662.37 | | $1,205.68 |
| Jul. 19 | 228.00 | | $977.68 |
| Jul. 24 | 89,001.87+ | | $89,804.55 |
| Jul. 24 | 175.00 | | |
| Jul. 27 | 5,000.00+ | | |
| Jul. 27 | 10,000.00 | | |
| Jul. 27 | 24,000.00 | Wire Trx Sent-Dom Citibank Nyc 021000089 Ctr Bnf Nelson Gonzalez Ac-04970522 | |
| Jul. 27 | 105.00 | | $45,699.55 |
| Jul. 27 | 15,000.00 | | |

*NG payment includes 5K bonus pymt*

**REDACTED**

continued on next page

UNITED STATES TRUST COMPANY    114 WEST 47TH STREET
OF NEW YORK    NEW YORK, NY 10036-1532

# U.S. TRUST

Page 3 of 3

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

## Business Checking Transactions  # 20-9397-9
- continued

| Date | Amount | Description | Balance |
|------|--------|-------------|---------|
| Jul. 31 | 631.37 | | |
| Jul. 31 | 5,000.00 | REDACTED | $40,068.18 |

## Business Checking Transactions In Serial Number Order  # 20-9397-9

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 2023 | 1,588.00 | Jul. 11 | 2026 | 228.00 | Jul. 19 |
| 2024 | 3,132.42 | Jul. 16 | 2027 | 631.37 | Jul. 31 |
| 2025 | 6,662.37 | Jul. 17 | 2028 | 5,000.00 | Jul. 31 |

*** Indicates skip in check sequence    R - Indicates check has been returned

# EXHIBIT 5

THE ULANOV PARTNERSHIP, INC. 00-01

UNITED STATES TRUST
COMPANY OF NEW YORK
11 WEST 54TH STREET
NEW YORK, NY 10019
1-131/210

2060

8/20/2001

PAY TO THE
ORDER OF     Nelson R. Gonzalez                    130224291 12 082801            $   **5,000.00

Five Thousand and 00/100********************************************************************    DOLLARS

Nelson R. Gonzalez
125 W. 16th Street
Apt. 161
New York, NY 10011

Lora L Kramer

MEMO    Bonus

⑈002060⑈ ⑈021001318⑈  20 9397 9⑈    ⑈000050000

# EXHIBIT 6

THE ULANOV PARTNERSHIP, INC.   03-01

UNITED STATES TRUST
COMPANY OF NEW YORK
11 WEST 54TH STREET
NEW YORK, NY 10019
1-131/210

2199

5/2/2002

120012881 12 050802 004970522

$  **5,000.00

PAY TO THE
ORDER OF   Nelson R. Gonzalez

Five Thousand and 00/100******************************************************************************

DOLLARS 🔒 📷

Nelson R. Gonzalez

Lara L. Kramer

L.O.

MEMO   Bonus

⑈002199⑈ ⑇021001318⑇   20 9397 9⑈   ⑈0000500000⑈

# EXHIBIT 7

THE ULANOV PARTNERSHIP, INC.   01-92

2454

UNITED STATES TRUST
COMPANY OF NEW YORK
NEW YORK CITY, NY 10017
1-131/210

12/31/2003

PAY TO THE
ORDER OF    Nelson Gonzalez                                                          $   **4,925.00

Four Thousand Nine Hundred Twenty-Five and 00/100 ************************************************   DOLLARS

Citibank NYB
P.O. Box 291
Brooklyn, NY 11220

MEMO    Pay and partial bonus

⑈002454⑈ ⑆021001318⑆ 20 9397 9⑈           ⑈00004 92500⑈

# EXHIBIT 8

X-Envelope-To: <ulanov@ulanov.com>
Reply-To: "Nelson Gonzalez" <gonzalez@ulanov.com>
From: "Nelson Gonzalez" <gonzalez@ulanov.com>
To: "Nicholas Ulanov" <ulanov@ulanov.com>
Subject: Our consensus...
Date: Tue, 13 Aug 2002 17:39:33 -0400
Organization: The Ulanov Partnership
X-Mailer: Microsoft Outlook Express 6.00.2600.0000

Dear Nicholas,

I am extremely glad that we were able to resolve the issue of my affiliation with the Firm during and after my time in Belgium, and I am grateful for your flexibility and generosity in allowing our conversation to come to a point of agreement.

To summarize, I understand that I will remain a member of the Firm for the time I am away on my academic Fellowship (from around December 2002, for a minimum of six months and for up to a year), and will be available to contribute to its work (presumably mainly the development of the RiWSA) for the equivalent of a day per week.  I also understand that I will remain with the Firm for a minimum of 15 months after my return, and that should I decide not to continue with the Firm, I will give six months notice.

I am looking forward to continuing my involvement with our work while I am away and more fully upon my return, when I hope a (presumed) doctoral qualification will actually be of some use to us!

Regards and thanks,

Nelson

# EXHIBIT 9

2313

THE ULANOV PARTNERSHIP, INC.  01-92

UNITED STATES TRUST
COMPANY OF NEW YORK
NEW YORK CITY, NY 10017
1-131/210

1/21/2003

PAY TO THE
ORDER OF ___ Nelson Gonzalez ___ 049 70 522 ___ $ **2,658.52

Two Thousand Six Hundred Fifty-Eight and 52/100*************************************************************DOLLARS

Nelson Gonzalez
125 W. 16th Street
Apt. 161
New York, NY 10011

Hera L Kramer

MEMO ___ 11/15/2002 - 12/14/2002 Balance of December pay (holiday, vacation)

⑈002313⑈  ⑆210013181⑆   20 9397 9⑈     ⑈0000265852⑈

# EXHIBIT 10

UNITED STATES TRUST COMPANY
OF NEW YORK

114 WEST 47TH STREET
NEW YORK NV 10036-1592

## U.S. TRUST

Page 1 of 3

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

STATEMENT PERIOD:
December 31 - January 31, 2003

Direct Inquiries To:
Joseph Muller
1-212-887-0483

Checks Enclosed: 16

Taxpayer Identification Number

### SUMMARY OF ACCOUNT

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | 20-9397-9 | $93,829.80 |

ON MARCH 3, 2003, PRIVATE ACCESS LINE, OUR AUTOMATED TELEPHONE BANKING SERVICE, WILL BE UPGRADED WITH SEVERAL NEW FEATURES INCLUDING CARD ACTIVATION, PIN CHANGES AND SEVERAL NEW MENU OPTIONS.

### Business Checking Summary  # 20-9397-9

| | |
|---|---|
| Beginning Balance | $3,827.48 |
| Total Credits | $ 202,493.58 |
| Total Debits | $112,491.26 |
| Ending Balance | $93,829.80 |

### Business Checking Transactions  # 20-9397-9

| Date | Amount | Description | Balance |
|---|---|---|---|
| Jan. 2 | 231.65 | | $3,595.83 |
| Jan. 6 | 83,094.73 | | |
| Jan. 6 | 2,000.00 | | |
| Jan. 6 | 35.00 | REDACTED | $84,655.56 |
| Jan. 9 | 236.50 | | |
| Jan. 9 | 510.40 | | $83,481.16 |
| Jan. 9 | 427.50 | | $83,399.78 |
| Jan. 10 | 81.38 | | $83,346.76 |
| Jan. 13 | 53.02 | | |
| Jan. 15 | 10,000.00 | | |

continued on next page

UNITED STATES TRUST COMPANY
OF NEW YORK

114 WEST 47TH STREET
NEW YORK NY 10036-1532

# U.S.TRUST

Page 2 of 3

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

## Business Checking Transactions  # 20-9397-9
- continued

| Date | Amount | | Balance |
|---|---|---|---|
| Jan. 15 | 3,000.00 | REDACTED | |
| Jan. 15 | 4,901.54 | Domestic Wire Tran Citibank Nyc 021000089 Ctr Bnf Nelson Gonzalez Ac ← payment to NG | |
| Jan. 15 | 105.00 | | $53,340.22 |
| Jan. 15 | 32,000.00 | | |
| Jan. 21 | 22,820.48 | | $14,969.74 |
| Jan. 21 | 15,550.00 | | |
| Jan. 22 | 3,298.37 | | $31,100.25 |
| Jan. 22 | 19,428.88 | | |
| Jan. 23 | 216.50 | | |
| Jan. 23 | 384.07 | REDACTED | $26,899.68 |
| Jan. 23 | 3,600.00 | | |
| Jan. 24 | 35.00 | | $19,864.68 |
| Jan. 24 | 7,000.00 | | |
| Jan. 27 | 4,000.00 | | $15,864.68 |
| Jan. 29 | 2,658.52 | Check 2313 ← payment to NG see attached check | |
| Jan. 29 | 2,000.00 | | |
| Jan. 29 | 35.00 | REDACTED | |

continued on next page

UNITED STATES TRUST COMPANY     114 WEST 47TH STREET
OF NEW YORK                     NEW YORK, NY 10036-1532

# U.S.TRUST

Page 3 of 3

THE ULANOV PARTNERSHIP INC.

7 VICTORIAL CIR

EAST PATCHOGUE NY 11772

## Business Checking Transactions # 20-9397-9
- continued

| Date | Amount | Description | Balance |
|------|--------|-------------|---------|
| Jan. 29 | 35.00 | | |
| Jan. 29 | 7,000.00 | | $4,136.16 |
| Jan. 30 | 89,969.97 | REDACTED | |
| Jan. 30 | 35.00 | | $94,071.13 |
| Jan. 31 | 24.91 | | |
| Jan. 31 | 30.99 | | |
| Jan. 31 | 46.90 | | |
| Jan. 31 | 138.53 | | $93,829.80 |

## Business Checking Transactions In Serial Number Order # 20-9397-9

| Check # | Amount | Date | Check # | Amount | Date |
|---------|--------|------|---------|--------|------|
| 2291 | 81.38 | Jan. 10 | 2309 | 427.50 | Jan. 9 |
| *** | | | 2310 | 216.50 | Jan. 23 |
| 2300 | 231.65 | Jan. 2 | 2311 | 584.07 | Jan. 22 |
| *** | | | 2312 | 3,298.37 | Jan. 29 |
| 2302 | 236.50 | Jan. 9 | 2313 | 2,658.52 | Jan. 9 |
| 2303 | 53.02 | Jan. 13 | 2314 | 24.91 | Jan. 31 |
| 2304 | 510.40 | Jan. 9 | *** | | |
| *** | | | 2319 | 30.99 | Jan. 31 |
| 2307 | 22,820.48 | Jan. 21 | 2320 | 46.90 | Jan. 31 |
| 2308 | 15,550.00 | Jan. 21 | 2321 | 138.53 | Jan. 31 |

*** Indicates skip in check sequence    R - Indicates check has been returned

Please examine at once. Contact your Account Officer if you feel an error has taken place.
Additional information is on the reverse side of this page.

# EXHIBIT 11



North Fork Bank

EAST SETAUKET
For Information: (877) 694-9111

NOTICE: See Reverse side
for Important Information

8-31-05
PAGE    1
7224021860
NO ENCLOSURES

ROYAL INSTITUTION WORLD SCIENCE ASSEMBLY       072
35 E MASEM SQ
EAST PATCHOGUE NY 11772-5607

ATTENTION SMALL BUSINESS CUSTOMERS: BUSINESS ADVANTAGE
PLUS IS NOW AVAILABLE, WITH NEW SERVICES AND BENEFITS
TO HELP MEET YOUR FINANCIAL NEEDS. STOP BY YOUR LOCAL
BRANCH FOR MORE DETAILS.

ESSENTIAL BUSINESS CHECKING            722402 186 0

| | | |
|---|---|---|
| Previous Balance | 7-31-05 | 20,323.99 |
| +Deposits/Credits | 3 | 60,546.31 |
| -Checks/Debits | 5 | 30,106.00 |
| -Service Charge | | 40.12 |
| Ending Balance | 8-31-05 | 50,724.18 |
| Days in Statement Period | 31 | |

| DATE | DESCRIPTION | CHECK# | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | Beginning Balance | | | | 20,323.99 |
| 8-01 | | | 71.00 | | 20,252.99 |
| 8-01 | | | 10.00 | | 20,242.99 |
| 8-05 | | | | 40.10 | 20,283.09 |
| 8-08 | | | | 50,506.21 | 70,789.30 |
| 8-09 | | | 5,000.00 | | 65,789.30 |
| 8-09 | | | 25.00 | | 65,764.30 |
| 8-09 | NELSON GONZALEZ | | 25,000.00 | | 40,764.30 |
| 8-19 | | | | 10,000.00 | 50,764.30 |
| 8-31 | | | 40.12 | | 50,724.18 |
| | | | | | 50,724.18 |

REDACTED

END OF STATEMENT

# EXHIBIT 12

Nelson R. Gonzalez, 01:21 PM 8/26/2005, My IRS Status           Page 1 of 1

X-Sieve: CMU Sieve 2.2
Date: Fri, 26 Aug 2005 18:21:25 +0100
From: "Nelson R. Gonzalez" <gonzalez@ulanov.com>
To: Lora Kramer <kramer@ulanov.com>
Subject: My IRS Status
User-Agent: Internet Messaging Program (IMP) 3.2.2
X-Originating-IP: 128.122.228.126
X-Envelope-To: kramer@ulanov.com
X-Clara-Scan: content scanned according to recipient preferences

Dear Lora,

Since I have been living abroad and have not had to deal with U.S. tax issues, I have not give these matters much thought, but now that I must file as a U.S. resident, I have realized that it is much more complicated for me to be reported as an independent contractor as not as an employee. Given that and my return to full-time work in November, could you therefore please change my status/witholdings as soon as possible? In fact, if you could do so for all past unpaid months (June on, I think), that would be great. The sooner we can change this, the less hassle I'll have to deal with in reporting to the IRS.
Thank you!

Best,

Nelson

# EXHIBIT 13

☐ **VOID**   ☐ **CORRECTED**

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>The Ulanov Partnership, Inc.<br>210 Harrison Street<br>Princeton, NJ 08540 | **1** Rents<br>$ | OMB No. 1545-0115<br><br>**2003**<br><br>Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | **2** Royalties<br>$ | | |
| | **3** Other income<br>$ | **4** Federal income tax withheld<br>$ | **Copy C**<br>**For Payer** |
| PAYER'S Federal identification number<br>22-3272214 | RECIPIENT'S identification number<br>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 | **5** Fishing boat proceeds<br>$ | **6** Medical and health care payments<br>$ |
| RECIPIENT'S name<br><br>Nelson Gonzalez<br>N. Gonzalez | **7** Nonemployee compensation<br><br>$          39300.00 | **8** Substitute payments in lieu of dividends or interest<br>$ | **For Privacy Act and Paperwork Reduction Act Notice, see the** |
| Street address (including apt. no.)<br><br>P.O. Box 291 | **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | **10** Crop insurance proceeds<br>$ | **2003 General Instructions for Forms 1099, 1098, 5498,** |
| City, state, and ZIP code<br><br>Brooklyn NY 11220 | **11** | **12** | **and W-2G.** |
| Account number (optional)            2nd TIN not. ☐ | **13** Excess golden parachute payments<br>$ | **14** Gross proceeds paid to an attorney<br>$ | |
| **15** | **16** State tax withheld<br>$<br>$ | **17** State/Payer's state no. | **18** State income<br>$<br>$ |

Form **1099-MISC**                                    Department of the Treasury - Internal Revenue Service

VOID ☐   CORRECTED ☐

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| The Ulanov Partnership, Inc.<br>210 Harrison Street<br>Princeton, NJ 08540<br>212-869-3720 | $ | 2004 | |
| | 2 Royalties | Form 1099-MISC | |
| | $ | | |

| | | 3 Other income | 4 Federal income tax withheld | |
|---|---|---|---|---|
| | | $ | $ | Copy C |
| PAYER'S Federal identification number<br>22-3272214 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds | 6 Medical and health care payments | For Payer |
| | | $ | $ | |

| RECIPIENT'S name<br>Nelson Gonzalez<br>N. Gonzalez | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | For Privacy Act and Paperwork Reduction Act Notice, see the |
|---|---|---|---|
| | $        37500.00 | $ | 2004 General Instructions for |
| Street address (including apt. no.)<br>P.O. Box 291 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | Forms 1099, 1098, 5498, |
| City, state, and ZIP code<br>Brooklyn NY 11220 | 11 ///////// | 12 ///////// | and W-2G. |

| Account number (optional) | 2nd TIN not. ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
|---|---|---|---|---|
| | | $ | $ | |

| 15 | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |

Form **1099-MISC**                                                     Department of the Treasury - Internal Revenue Service

OMB No. 1545-0115

**20 05**

Form **1099-MISC**

Miscellaneo
Incom

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540
212-869-3720

| | |
|---|---|
| **2** Royalties $ | |
| **3** Other income $ | **4** Federal income tax withheld $ |

Copy
For Pa

| PAYER'S Federal identification number | RECIPIENT'S identification number |
|---|---|
| 22-3272214 | 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 |

| | |
|---|---|
| **5** Fishing boat proceeds $ | **6** Medical and health care payments $ |

RECIPIENT'S name

Nelson Gonzalez

| **7** Nonemployee compensation $   21875.00 | **8** Substitute payments in lieu of dividends or interest $ |
|---|---|

For Privacy
and Paperw
Reduction
Notice, see
**2005 Gene
Instructions
Forms 10
1098, 54
and W-2**

Street address (including apt. no.)

125 W. 16th Street Apt 161

| **9** Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | **10** Crop insurance proceeds $ |
|---|---|

City, state, and ZIP code

New York NY 10011

| **11** | **12** |
|---|---|

| Account number (see instructions) | 2nd TIN not. ☐ | **13** Excess golden parachute payments $ | **14** Gross proceeds paid to an attorney $ |
|---|---|---|---|

| **15a** Section 409A deferrals $ | **15b** Section 409A income $ | **16** State tax withheld $ | **17** State/Payer's state no. | **18** State income $ |
|---|---|---|---|---|

Form **1099-MISC**

Department of the Treasury - Internal Revenue Ser

# EXHIBIT 14

Stephen King, 12.23 5/1/07, RE: Catch up

Subject: RE: Catch up
Date: Fri, 5 Jan 2007 16:23:52 -0000
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Catch up
Thread-Index: Acci7YrZTrocZ8zLQdKrpenug7t6XgN9dGwA
From: "Stephen King" <stephen.king@bbc.co.uk>
To: "Nicholas Ulanov" <ulanov@ulanov.com>
X-Nonspam: None
X-NAS-Language: English
X-NAS-Bayes: #0: 0; #1: 1
X-NAS-Classification: 0
X-NAS-MessageID: 13335
X-NAS-Validation: {5B6CAC75-27C4-4119-AA91-2FD316C6B01C}

Dear Nicholas,

I hope you had a restful Christmas and New Year. I managed to get some
time with the family which was anything but restful, but certainly I
feel somewhat recuperated and ready for 2007.

We've now successfully put in place the Regional Structure, we shall
shortly be recruiting for a new Development Director - and are putting
in place the changes which you so ably steered us through. However, as
you foreshadowed in your e-mail, we won't be requiring further support
from UP.

As Nigel mentioned at the end of the Trustees meeting, he and the
Trustees valued the contribution which you and the UP team made and the
enormous amount of work which went into this during our engagement. I
personally enjoyed working with you and the team - you brought some
great insights and helped us through some difficult times, so I am very
grateful for all you have done.

With many best wishes and I hope our paths cross again at some point
soon

With best wishes for the New Year

Stephen




-----Original Message-----
From: Nicholas Ulanov [mailto:ulanov@ulanov.com]
Sent: 18 December 2006 21:42
To: Stephen King
Subject: Catch up


Dear Stephen,

Stephen King, 12.23 5/1/07, RE: Catch up                                    Page 2 of 2

I hope this finds you well.  Of course there has been much curiosity
around UP about how the implementation is going, how the shift to
geography is going, whether country plans are happening, your search for
a new fundraiser, gossip about the various personalities, and so on.

This note is to wish you the best for Christmas and also the confirm my
intuition that silence means you will not be seeking our help early in
the new year; the latter is because I am making a variety of assignments
and need to sort Lacy out as well as my own time.

The work with the Trust was really our high point for the year, in a
very good year.  It's a rare thing to find the people, the mission, and
the work even more rewarding and fun than hoped for, and we did.

At the very least it would be grand to catch up with you at some point
in London or elsewhere in your travels.  And be assured that our
commitment to 'after care' is very real - if there is some relatively
modest way we can be helpful informally you have only to ask.  And our
overall commitment to the Trust, and you, remains huge, so we'd be
thrilled to do more work with you as possible.

Happy Christmas

Regards.

Nicholas


http://www.bbc.co.uk/
This e-mail (and any attachments) is confidential and may contain personal views which are not the views of
the BBC unless specifically stated.
If you have received it in error, please delete it from your system.
Do not use, copy or disclose the information in any way nor act in reliance on it and notify the sender
immediately.
Please note that the BBC monitors e-mails sent or received.
Further communication will signify your consent to this.

# EXHIBIT 15

BBC World Service Trust

Page 1 of 1

**Date:** Wed, 24 Jan 2007 14:54:00 -0000
**X-MS-Has-Attach:**
**X-MS-TNEF-Correlator:**
**Thread-Topic:** BBC World Service Trust
**Thread-Index:** Acc/x3uCLMouyQGFS4a4s0zhvJl2rw==
**From:** "Stephen King" <stephen.king@bbc.co.uk>
**To:** "Nicholas Ulanov" <ulanov@ulanov.com>
**X-Nonspam:** None
**X-NAS-Language:** English
**X-NAS-AutoBlock-Code:** 6
**X-NAS-AutoBlock-Description:** Always block emails that contain obscured or disguised Web links
**Subject:** [Norton AntiSpam] BBC World Service Trust
**X-NAS-Classification:** 1
**X-NAS-MessageID:** 14147
**X-NAS-Validation:** {5B6CAC75-27C4-4119-AA91-2FD316C6B01C}

Dear Nicholas,

I hope you are well. Following my e-mail a few weeks ago, I thought it right to let you know that I'm using Nelson for some work in guiding some of our business planning at a country level over the next two months. This is a short term assignment and will help in developing some concrete business plans at the country level. I thought it important that you learnt about this from me rather than other sources.

As ever, I remain grateful for the work which UP carried out over the past year and open to the possibilities of re-engaging in the future.

With best wishes

Stephen


Stephen King
Director
BBC World Service Trust
Room 302 NE, Bush House, PO Box 76, Strand, London WC2B 4PH
www.bbc.co.uk/worldservice/trust
Tel: + 44 (0) 20 7557 2462
Fax: + 44 (0) 20 7379 1622


http://www.bbc.co.uk
This e-mail (and any attachments) is confidential and may contain personal views which are not the views of the BBC unless specifically stated.
If you have received it in error, please delete it from your system.
Do not use, copy or disclose the information in any way nor act in reliance on it and notify the sender immediately.
Please note that the BBC monitors e-mails sent or received.
Further communication will signify your consent to this.

3/10/07

# EXHIBIT 16

DomainKey-Signature: a=rsa-sha1; c=nofws;
     d=gmail.com; s=beta;
     h=received:user-agent:date:subject:from:to:message-id:thread-topic:thread-index:mime-
version:content-type;

b=bEE6cMlhgXjoqVxOvDrxuU+LW0yq99P1yZlpQMHfKpoZzGeydMeSMdg/1kjbh+4Xz5mAAB2UMzMDWO6
User-Agent: Microsoft-Entourage/11.3.3.061214
Date: Wed, 24 Jan 2007 07:49:36 -0500
Subject: BBCWST
From: "Nelson R. Gonzalez" <nelsonrgonzalez@gmail.com>
To: Nicholas Ulanov <ulanov@ulanov.com>
Thread-Topic: BBCWST
Thread-Index: Acc/tho6WPxrEqupEduU0gAWy5HvwA==
X-Nonspam: None
X-NAS-Language: English
X-NAS-Bayes: #0: 0; #1: 1
X-NAS-Classification: 0
X-NAS-MessageID: 14152
X-NAS-Validation: {5B6CAC75-27C4-4119-AA91-2FD316C6B01C}

Nicholas,

I hope this finds you well and your work thriving. I am well, working at some new initiatives as I test the waters regarding my next steps. I wanted to let you know that Stephen King has approached me about assisting them with kicking-off some further planning work. I think it's a good opportunity to be helpful to them and to tide me over as I make my own longer-term decisions. As a courtesy, I wanted to be sure that I told you about it myself.

May 2007 bring you many good things.

Best,

Nelson

--
**Nelson R Gonzalez**
+1.917.208.2667
+44.775.718.1963

# EXHIBIT 17



A D V E N T >
strategy group



BBC WORLD SERVICE TRUST

**Report to the Trustees**

**Strategy Review Process, Phase II**

16 July 2007

# EXHIBIT 18

| a Control number | Void | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| **b Employer identification number** 22-3272214 | | 1 Wages, tips, other compensation 87,833.32 | | 2 Federal income tax withheld 17,699.69 |
| **c Employer's name, address, and ZIP code** The Ulanov Partnership Inc. 210 Harrison Street Princeton NJ 08540 | | 3 Social security wages 87,833.32 | | 4 Social security tax withheld 5,445.32 |
| | | 5 Medicare wages and tips 87,833.32 | | 6 Medicare tax withheld 1,275.60 |
| | | 7 Social security tips | | 8 Allocated tips |
| **d Employee's social security number** 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 | | 9 Advance EIC payment | | 10 Dependent care benefits |
| **e Employee's name, address, and ZIP code** Nelson R. Gonzalez 125 W. 16th Street Apt. 161 New York NY 10011 | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| | | 13 See instrs. for box 13 | | 14 Other DBA 31.20 |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|
| | | | | |

| 15 State NJ | Employer's state I.D. no. | 17 State wages, tips, etc. 87,833.32 | 18 State income tax 4,274.68 4690.80 | 19 Locality name NYC | 20 Local wages, tips, etc. 87,833.32 | 21 Local income tax 2800.04 2852.00 |
|---|---|---|---|---|---|---|

**Form W-2 Wage and Tax Statement 2000**

Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number | | | | 1 Wages, tips, other compensation<br>109250.04 | 2 Federal income tax withheld<br>22022.22 |
| 22-3272214 | | | | 3 Social security wages<br>80400.00 | 4 Social security tax withheld<br>5052.45 |
| c Employer's name, address, and ZIP code<br><br>THE ULANOV PARTNERSHIP, INC.<br>210 HARRISON STREET<br>PRINCETON, NJ 08540 | | | | 5 Medicare wages and tips<br>109250.04 | 6 Medicare tax withheld<br>1584.12 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name<br>NELSON      GONZALEZ<br><br>125 W. 16TH STREET<br>APT. 161<br>NEW YORK, NY 10011 | | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | | | 14 Other<br>NY - Dis    31.20 | 12c |
| | | | | | 12d |
| f Employee's address and ZIP code | | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 3122222 3 | 109250.04 | 6304.61 | 109250.04 | 3523.05 | NY-Cit |

Form **W-2** Wage and Tax Statement    **2001**

Copy D For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| **b** Employer identification number | | | | **1** Wages, tips, other compensation | **2** Federal income tax withheld |
| 22-3272214 | | | | 131249.95 | 27264.32 |
| **c** Employer's name, address, and ZIP code | | | | **3** Social security wages | **4** Social security tax withheld |
| THE ULANOV PARTNERSHIP, INC. | | | | 84900.00 | 5263.80 |
| 210 HARRISON STREET | | | | **5** Medicare wages and tips | **6** Medicare tax withheld |
| PRINCETON, NJ 08540 | | | | 131249.95 | 1903.12 |
| | | | | **7** Social security tips | **8** Allocated tips |
| **d** Employee's social security number | | | | **9** Advance EIC payment | **10** Dependent care benefits |
| 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 | | | | | |
| **e** Employee's first name and initial     Last name | | | | **11** Nonqualified plans | **12a** See instructions for box 12 |
| NELSON          GONZALEZ | | | | | |
| 125 W. 16TH STREET | | | | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| APT. 161 | | | | **14** Other | **12c** |
| NEW YORK, NY 10011 | | | | NY - Dis     31.20 | **12d** |
| **f** Employee's address and ZIP code | | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 003122222 3 | 131249.95 | 7926.63 | 131249.95 | 4351.35 | NYC |

Form **W-2** Wage and Tax Statement

Copy D For Employer.

**2002**

(Rev. February 2002)

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer identification number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| 22-3272214 | | 10558.06 | 1405.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| THE ULANOV PARTNERSHIP, INC. | 10558.06 | 654.60 |
| 210 HARRISON STREET | 5 Medicare wages and tips | 6 Medicare tax withheld |
| PRINCETON, NJ 08540 | 10558.06 | 153.09 |
|  | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's first name and initial   Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| NELSON        GONZALEZ | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| 125 W. 16TH STREET | 14 Other | 12c |
| APT. 161 | NY - Dis    5.20 | 12d |
| NEW YORK, NY 10011 | | |

| f Employee's address and ZIP code | | | | | |
|---|---|---|---|---|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 003122222 3 | 10558.06 | 508.93 | 10558.06 | 278.78 | NY |

Form **W-2** Wage and Tax Statement

Copy D For Employer.

**2003**

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

| a Control number | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)<br>22-3272214 | | | | 1 Wages, tips, other compensation<br>12500.00 | 2 Federal income tax withheld<br>3000.00 |
| c Employer's name, address, and ZIP code<br><br>THE ULANOV PARTNERSHIP<br>210 HARRISON STREET<br>PRINCETON, NJ 08540 | | | | 3 Social security wages<br>12500.00 | 4 Social security tax withheld<br>775.00 |
| | | | | 5 Medicare wages and tips<br>12500.00 | 6 Medicare tax withheld<br>181.25 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | | | | 9 Advance EIC payment | 10 Dependant care benefits |
| e Employee's first name and initial    Last name<br>NELSON        GONZALEZ<br><br>125 W. 16TH STREET<br>APT 161<br>NY, NY 10011 | | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | | | | 14 Other<br>NY - Dis   2.60 | 12c |
| | | | | | 12d |
| f Employee's address and ZIP code | | | | | |

| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| NY  31-22222 3 | 12500.00 | 850.53 | 12500.00 | 473.42 | NY - Ci |

Form **W-2** Wage and Tax Statement
Copy D—For Employer.

**2005**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

| a Control number | | | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|---|

| b Employer identification number (EIN)<br>22-3272214 | 1 Wages, tips, other compensation<br>112500.00 | 2 Federal income tax withheld<br>21882.00 |
|---|---|---|
| c Employer's name, address, and ZIP code<br><br>THE ULANOV PARTNERSHIP<br>210 HARRISON STREET<br>PRINCETON, NJ 08540 | 3 Social security wages<br>94200.00 | 4 Social security tax withheld<br>6615.40 |
| | 5 Medicare wages and tips<br>112500.00 | 6 Medicare tax withheld<br>1631.25 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number<br>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 | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name         Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |

NELSON GONZALEZ
125 W. 16TH STREET APT 161

| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
|---|---|---|
| NY              NY 10011 | 14 Other<br>NY-SDI    28.60 | 12c |
| | | 12d |

f Employee's address and ZIP code

| 15 state | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | 31-22222 3 | 112500.00 | 6962.43 | 112500.00 | 3892.62 | NY - Ci |

Form **W-2** **Wage and Tax Statement**    **2006**    Department of the Treasury  Internal Revenue Service

Copy D—For Employer.

For Privacy Act and Paperwork Reduction
Act Notice, see back of Copy D.

# EXHIBIT 19

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

**Employee Pay Stub**          Check number: wire          Pay Period: 11/16/2005 - 12/15/2005          Pay Date: 12/29/2005

**Employee**                                              **SSN**

Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011          ***-**-9009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 12,500.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -473.42 | -473.42 |
| Federal Withholding | | | -3,000.00 | -3,000.00 |
| Social Security Employee | | | -775.00 | -775.00 |
| Medicare Employee | | | -181.25 | -181.25 |
| NY - Withholding | | | -850.53 | -850.53 |
| NY - Disability Employee | | | -2.60 | -2.60 |
| | | | -5,282.80 | -5,282.80 |

**Net Pay**                                              **7,217.20**          **7,217.20**

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540


Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

**Employee Pay Stub**          Check number: wire                    Pay Period: 01/16/2006 - 02/15/2006          Pay Date: 02/28/2006

**Employee**                                                         **SSN**

Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011           ***-**-9009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 12,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - City Resident | | | -473.42 | -473.42 |
| Federal Withholding | | | -3,000.00 | -3,000.00 |
| Social Security Employee | | | -775.00 | -775.00 |
| Medicare Employee | | | -181.25 | -181.25 |
| NY - Withholding | | | -850.53 | -850.53 |
| NY - Disability Employee | | | -2.60 | -2.60 |
| | | | -5,282.80 | -5,282.80 |
| **Net Pay** | | | **7,217.20** | **7,217.20** |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

| Employee Pay Stub | Check number: wire | | Pay Period: 02/16/2006 - 03/15/2006 | Pay Date: 03/24/2006 |
|---|---|---|---|---|

| Employee | SSN |
|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | ***-**-9009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 25,000.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -473.42 | -946.84 |
| Federal Withholding | | | -3,000.00 | -6,000.00 |
| Social Security Employee | | | -775.00 | -1,550.00 |
| Medicare Employee | | | -181.25 | -362.50 |
| NY - Withholding | | | -850.53 | -1,701.06 |
| NY - Disability Employee | | | -2.60 | -5.20 |
| | | | -5,282.80 | -10,565.60 |
| Net Pay | | | 7,217.20 | 14,434.40 |

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540



Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

| Employee Pay Stub | | Check number: wire | | | Pay Period: 03/16/2006 - 04/15/2006 | | Pay Date: 04/21/2006 |
|---|---|---|---|---|---|---|---|

| Employee | | | | SSN | | | |
|---|---|---|---|---|---|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | | | | ***-**-9009 | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 37,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - City Resident | | | -438.42 | -1,385.26 |
| Federal Withholding | | | -2,522.00 | -8,522.00 |
| Social Security Employee | | | -775.00 | -2,325.00 |
| Medicare Employee | | | -181.25 | -543.75 |
| NY - Withholding | | | -795.49 | -2,496.55 |
| NY - Disability Employee | | | -2.60 | -7.80 |
| | | | -4,714.76 | -15,280.36 |
| **Net Pay** | | | **7,785.24** | **22,219.64** |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

| Employee Pay Stub | | Check number: wire | | | Pay Period: 04/16/2006 - 05/15/2006 | | Pay Date: 05/26/2006 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | | | | | ***-**-9009 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 50,000.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -438.42 | -1,823.68 |
| Federal Withholding | | | -2,522.00 | -11,044.00 |
| Social Security Employee | | | -775.00 | -3,100.00 |
| Medicare Employee | | | -181.25 | -725.00 |
| NY - Withholding | | | -795.49 | -3,292.04 |
| NY - Disability Employee | | | -2.60 | -10.40 |
| | | | -4,714.76 | -19,995.12 |
| Net Pay | | | 7,785.24 | 30,004.88 |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

**Employee Pay Stub**                    Check number: wire                    Pay Period: 05/16/2006 - 06/15/2006                    Pay Date: 06/16/2006

**Employee**                                                            **SSN**

Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011                ***-**-9009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 62,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - City Resident | | | -438.42 | -2,262.10 |
| Federal Withholding | | | -2,522.00 | -13,566.00 |
| Social Security Employee | | | -775.00 | -3,875.00 |
| Medicare Employee | | | -181.25 | -906.25 |
| NY - Withholding | | | -795.49 | -4,087.53 |
| NY - Disability Employee | | | -2.60 | -13.00 |
| | | | -4,714.76 | -24,709.88 |
| **Net Pay** | | | **7,785.24** | **37,790.12** |

---

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

| Employee Pay Stub | Check number: 228 | | Pay Period: 06/16/2006 - 07/15/2006 | Pay Date: 07/25/2006 |
|---|---|---|---|---|

**Employee**                                                    **SSN**

Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011          ***-**-9009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,250.00 | 68,750.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -188.42 | -2,450.52 |
| Federal Withholding | -818.00 | -14,384.00 |
| Social Security Employee | -387.50 | -4,262.50 |
| Medicare Employee | -90.63 | -996.88 |
| NY - Withholding | -320.98 | -4,408.51 |
| NY - Disability Employee | -2.60 | -15.60 |
| | -1,808.13 | -26,518.01 |
| **Net Pay** | **4,441.87** | **42,231.99** |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

| **Employee Pay Stub** | | Check number: 233 | | **Pay Period: 06/16/2006 - 07/15/2006** | **Pay Date: 08/10/2006** |
|---|---|---|---|---|---|

| **Employee** | | | | **SSN** |
|---|---|---|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | | | | ***-**-9009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 6,250.00 | 75,000.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -188.42 | -2,638.94 |
| Federal Withholding | | | -818.00 | -15,202.00 |
| Social Security Employee | | | -387.50 | -4,650.00 |
| Medicare Employee | | | -90.62 | -1,087.50 |
| NY - Withholding | | | -320.98 | -4,729.49 |
| NY - Disability Employee | | | -2.60 | -18.20 |
| | | | -1,808.12 | -28,326.13 |
| **Net Pay** | | | **4,441.88** | **46,673.87** |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

**Employee Pay Stub**  Check number: 239   Pay Period: 07/16/2006 - 08/15/2006   Pay Date: 09/14/2006

**Employee**   **SSN**

Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011   ***-**-9009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 87,500.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| NY - City Resident | | | -438.42 | -3,077.36 |
| Federal Withholding | | | -2,522.00 | -17,724.00 |
| Social Security Employee | | | -775.00 | -5,425.00 |
| Medicare Employee | | | -181.25 | -1,268.75 |
| NY - Withholding | | | -795.49 | -5,524.98 |
| NY - Disability Employee | | | -2.60 | -20.80 |
| | | | -4,714.76 | -33,040.89 |
| **Net Pay** | | | **7,785.24** | **54,459.11** |

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540


Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

Partial

---

**Employee Pay Stub**  Check number: 245    Pay Period: 08/16/2006 - 09/15/2006    Pay Date: 10/02/2006

| **Employee** | **SSN** |
| --- | --- |
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | ***-**-9009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Message |
| --- | --- | --- | --- | --- | --- |
| Salary | | | 6,250.00 | 93,750.00 | Partial |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| NY - City Resident | -188.42 | -3,265.78 |
| Federal Withholding | -818.00 | -18,542.00 |
| Social Security Employee | -387.50 | -5,812.50 |
| Medicare Employee | -90.63 | -1,359.38 |
| NY - Withholding | -320.98 | -5,845.96 |
| NY - Disability Employee | -2.60 | -23.40 |
| | -1,808.13 | -34,849.02 |
| **Net Pay** | **4,441.87** | **58,900.98** |

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

Partial

---

| **Employee Pay Stub** | | Check number: wire | | | Pay Period: 08/16/2006 - 09/15/2006 | | Pay Date: 10/13/2006 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | | | | | ***-**-9009 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Message |
|---|---|---|---|---|---|
| Salary | | | 6,250.00 | 100,000.00 | Partial |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - City Resident | -188.42 | -3,454.20 |
| Federal Withholding | -818.00 | -19,360.00 |
| Social Security Employee | -27.90 | -5,840.40 |
| Medicare Employee | -90.62 | -1,450.00 |
| NY - Withholding | -320.98 | -6,166.94 |
| NY - Disability Employee | -2.60 | -26.00 |
| | -1,448.52 | -36,297.54 |
| **Net Pay** | **4,801.48** | **63,702.46** |

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

The Ulanov Partnership
210 Harrison Street
Princeton, NJ 08540

Nelson Gonzalez
125 W. 16th Street
Apt 161
NY, NY 10011

---

**Employee Pay Stub** | Check number: wire | | Pay Period: 09/16/2006 - 10/15/2006 | | Pay Date: 11/17/2006

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Nelson Gonzalez, 125 W. 16th Street, Apt 161, NY, NY 10011 | | | ***-**-9009 | Single/Single | Fed-6/0/NY-6/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 12,500.00 | 112,500.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| NY - City Resident | | | -438.42 | -3,892.62 |
| Federal Withholding | | | -2,522.00 | -21,882.00 |
| Social Security Employee | | | -775.00 | -6,615.40 |
| Medicare Employee | | | -181.25 | -1,631.25 |
| NY - Withholding | | | -795.49 | -6,962.43 |
| NY - Disability Employee | | | -2.60 | -28.60 |
| | | | -4,714.76 | -41,012.30 |

| Net Pay | | | 7,785.24 | 71,487.70 |
|---|---|---|---|---|

The Ulanov Partnership, 210 Harrison Street, Princeton, NJ 08540 212-869-3720

# EXHIBIT 20

RoSci

26-Feb-06

| Date | Currency (US$1.00) | Location | Explanation | Sundry/ Other | Sundry/ Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/ names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Feb-06 | 1.00 | DC | Toll | 3.20 | $3.20 | | $0.00 | | $0.00 | | $0.00 | $3.20 | | $0.00 | | $0.00 | | | $3.20 |
| 2-Feb-06 | 1.00 | DC | Hotel | | $0.00 | | $0.00 | | $0.00 | 523.00 | $523.00 | $523.00 | | $0.00 | | $0.00 | | | $523.00 |
| 2-Feb-06 | 1.00 | DC | Printing | 14.52 | $14.52 | | $0.00 | | $0.00 | | $0.00 | $14.52 | | $0.00 | | $0.00 | | | $14.52 |
| 3-Feb-06 | 1.00 | DC | Rental car | | $0.00 | $92.31 | $92.31 | | $0.00 | | $0.00 | $92.31 | | $0.00 | | $0.00 | | | $92.31 |
| 3-Feb-06 | 1.00 | DC | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 18.13 | $18.13 | | $0.00 | | | $18.13 |
| 3-Feb-06 | 1.00 | DC | Dinner | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 7.61 | $7.61 | | $0.00 | | | $7.61 |
| 4-Feb-06 | 1.00 | NYC | Printing | 43.73 | $43.73 | | $0.00 | | $0.00 | | $0.00 | $43.73 | | $0.00 | | $0.00 | | | $43.73 |
| 7-Feb-06 | 1.00 | LON | Train to BRU | | $0.00 | $45.00 | $45.00 | | $0.00 | | $0.00 | $45.00 | | $0.00 | | $0.00 | | | $45.00 |
| 7-Feb-06 | 1.20 | BRU | Train to Antwerp(ESWI) | | $0.00 | $12.00 | $14.40 | | $0.00 | | $0.00 | $14.40 | | $0.00 | | $0.00 | | | $14.40 |
| 7-Feb-06 | 1.20 | BRU | Taxi | | $0.00 | $9.00 | $10.80 | | $0.00 | | $0.00 | $10.80 | | $0.00 | | $0.00 | | | $10.80 |
| 7-Feb-06 | 1.20 | BRU | Taxi | | $0.00 | $43.40 | $52.08 | | $0.00 | | $0.00 | $52.08 | | $0.00 | | $0.00 | | | $52.08 |
| 7-Feb-06 | 1.20 | BRU | Dinner | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $0.00 | 50.63 | $50.63 | GSK | | $50.63 |
| 8-Feb-06 | 1.00 | BRU | Train to London | | $0.00 | $60.00 | $60.00 | | $0.00 | | $0.00 | $60.00 | | $0.00 | | $0.00 | | | $60.00 |
| 21-Feb-06 | 1.00 | NYC | Taxi | | $0.00 | $6.00 | $6.00 | | $0.00 | | $0.00 | $6.00 | | $0.00 | | $0.00 | | | $6.00 |
| 23-Feb-06 | 1.00 | NYC | Taxi | | $0.00 | $7.00 | $7.00 | | $0.00 | | $0.00 | $7.00 | | $0.00 | | $0.00 | | | $7.00 |
| 26-Feb-06 | 1.00 | NYC | Taxi | | $0.00 | $7.50 | $7.50 | | $0.00 | | $0.00 | $7.50 | | $0.00 | | $0.00 | | | $7.50 |
| 28-Feb-06 | 1.00 | NYC | Mobile | 97.00 | $97.00 | | $0.00 | | $0.00 | | $0.00 | $97.00 | | $0.00 | | $0.00 | | | $97.00 |
| | | | | | $158.45 | | $295.09 | | $0.00 | | $523.00 | $976.54 | | $25.74 | | $50.63 | | | $1,052.91 |
| | | | | | | | | | | | | $976.54 | | | | | | | $1,052.91 |

| U.P. Date | Currency (US$=1.00) | Location | Explanation | Sundry/ Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/ names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-Feb-06 | | | | Sundry/ Other | | | | | Lodging | | | | | | | | |
| 10-Feb-06 | 1.00 | NYC | Taxi | | $5.00 | $5.00 | | $0.00 | $0.00 | $5.00 | | $0.00 | | $0.00 | $0.00 | | $5.00 |
| 12-Feb-06 | 1.00 | NYC | SIM Card | 20.00 | | $0.00 | | $0.00 | $0.00 | $20.00 | | $0.00 | | $0.00 | $0.00 | | $20.00 |
| 13-Feb-06 | 1.00 | NYC | Office supplies | 18.46 | | $0.00 | | $0.00 | $0.00 | $18.46 | | $0.00 | | $0.00 | $0.00 | | $18.46 |
| 23-Feb-06 | 1.00 | NYC | Phone head set | 21.66 | | $0.00 | | $0.00 | $0.00 | $21.66 | | $0.00 | | $0.00 | $0.00 | | $21.66 |
| 28-Feb-06 | 1.00 | NYC | T-mobile | 51.99 | | $0.00 | | $0.00 | $0.00 | $51.99 | | $0.00 | | $0.00 | $0.00 | | $51.99 |
| 28-Feb-06 | 1.00 | NYC | MCI | 8.25 | | $0.00 | | $0.00 | $0.00 | $8.25 | | $0.00 | | $0.00 | $0.00 | | $8.25 |
| 28-Feb-06 | 1.00 | NYC | Verizon1 | 32.95 | | $0.00 | | $0.00 | $0.00 | $32.95 | | $0.00 | | $0.00 | $0.00 | | $32.95 |
| 28-Feb-06 | 1.00 | NYC | Verizon2 | 38.01 | | $0.00 | | $0.00 | $0.00 | $38.01 | | $0.00 | | $0.00 | $0.00 | | $38.01 |
| 28-Feb-06 | 1.00 | NYC | Virus software | 46.98 | | $0.00 | | $0.00 | $0.00 | $46.98 | | $0.00 | | $0.00 | $0.00 | | $46.98 |
| 28-Feb-06 | 1.00 | NYC | ATT internet | 5.95 | | $0.00 | | $0.00 | $0.00 | $5.95 | | $0.00 | | $0.00 | $0.00 | | $5.95 |
| 28-Feb-06 | 1.00 | NYC | Cred card interest | 309.89 | | $0.00 | | $0.00 | $0.00 | $309.89 | | $0.00 | | $0.00 | $0.00 | | $309.89 |
| | | | | $554.14 | | $5.00 | | $0.00 | $0.00 | $559.14 | | $0.00 | | $0.00 | $0.00 | | $559.14 |
| | | | | | | | | | | $559.14 | | | | | | | $559.14 |

| WST Date | Currency (US$=1.00) 28-Feb-06 | Location | Explanation | Sundry/ Other | Sundry/ Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/ names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-Feb-06 | 1.00 | NYC | Taxi | | $0.00 | 11.00 | $11.00 | | $0.00 | | $0.00 | $11.00 | | $0.00 | | $0.00 | | | $11.00 |
| 6-Feb-06 | 1.00 | NYC | Taxi | | $0.00 | 9.00 | $9.00 | | $0.00 | | $0.00 | $9.00 | | $0.00 | | $0.00 | | | $9.00 |
| 6-Feb-06 | 1.00 | NYC | car to EWR | | $0.00 | 62.00 | $62.00 | | $0.00 | | $0.00 | $62.00 | | $0.00 | | $0.00 | | | $62.00 |
| 6-Feb-06 | 1.00 | NYC | Dinner | | $0.00 | | $27.00 | | $0.00 | | $0.00 | $27.00 | 15.13 | $15.13 | | $0.00 | | | $42.13 |
| 6-Feb-06 | 1.80 | LON | Train from LHR | | $0.00 | | $48.60 | | $0.00 | | $0.00 | $48.60 | | $0.00 | | $0.00 | | | $48.60 |
| 6-Feb-06 | 1.80 | LON | Breakfast | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 9.00 | $16.20 | | $0.00 | Paddington | | $16.20 |
| 6-Feb-06 | 1.80 | LON | Taxi | | $0.00 | 8.00 | $14.40 | | $0.00 | | $0.00 | $14.40 | | $0.00 | | $0.00 | | | $14.40 |
| 6-Feb-06 | 1.80 | LON | Mobile top-up | 20.00 | $36.00 | | $0.00 | | $0.00 | | $0.00 | $36.00 | | $0.00 | | $0.00 | | | $36.00 |
| 7-Feb-06 | 1.80 | LON | Dinner | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 22.43 | $40.37 | | $0.00 | | | $40.37 |
| 7-Feb-06 | 1.80 | LON | Internet | 12.50 | $22.50 | | $0.00 | | $0.00 | | $0.00 | $22.50 | | $0.00 | | $0.00 | | | $22.50 |
| 8-Feb-06 | 1.80 | LON | Tube pass | | $0.00 | 25.00 | $45.00 | | $0.00 | | $0.00 | $45.00 | | $0.00 | | $0.00 | | | $45.00 |
| 8-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 4.00 | $7.20 | | $0.00 | | | $7.20 |
| 8-Feb-06 | 1.80 | LON | Mobile top up | 10.00 | $18.00 | | $0.00 | | $0.00 | | $0.00 | $18.00 | | $0.00 | | $0.00 | | | $18.00 |
| 8-Feb-06 | 1.00 | NYC | Hotel | | $0.00 | | $0.00 | | $0.00 | 209.31 | $209.31 | $209.31 | | $0.00 | | $0.00 | | | $209.31 |
| 9-Feb-06 | 1.00 | NYC | Car from JFK | | $0.00 | 62.00 | $62.00 | | $0.00 | | $0.00 | $62.00 | | $0.00 | | $0.00 | | | $62.00 |
| 14-Feb-06 | 1.00 | NYC | Car to EWR | | $0.00 | 55.00 | $55.00 | | $0.00 | | $0.00 | $55.00 | | $0.00 | | $0.00 | | | $55.00 |
| 14-Feb-06 | 1.00 | NYC | Car EWR-JFK (missed flight) | | $0.00 | 120.00 | $120.00 | | $0.00 | | $0.00 | $120.00 | | $0.00 | | $0.00 | | | $120.00 |
| 15-Feb-06 | 1.80 | LON | Train from LHR | | $0.00 | 48.17 | $48.17 | | $0.00 | | $0.00 | $48.17 | | $0.00 | | $0.00 | | | $48.17 |
| 15-Feb-06 | 1.80 | LON | Dinner | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $0.00 | 54.15 | $54.15 | Lacy | | $54.15 |
| 17-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 3.66 | $6.59 | | $0.00 | | | $6.59 |
| 17-Feb-06 | 1.80 | LON | Internet | 3.00 | $5.40 | | $0.00 | | $0.00 | | $0.00 | $5.40 | | $0.00 | | $0.00 | | | $5.40 |
| 17-Feb-06 | 1.00 | LON | Dinner | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $0.00 | 35.00 | $35.00 | Bush House | | $35.00 |
| 18-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $35.81 | 35.81 | $35.81 | Gerry | | $71.62 |
| 19-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $16.20 | | $0.00 | | $0.00 | $16.20 | | $0.00 | | $0.00 | Lacy | | $16.20 |
| 20-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 18.89 | $18.89 | | $0.00 | | | $18.89 |
| 20-Feb-06 | 1.80 | LON | Coffee | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 2.52 | $4.54 | | $0.00 | | | $4.54 |
| 21-Feb-06 | 1.80 | LON | Lunch | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | 7.65 | $13.77 | | $0.00 | | | $13.77 |
| 21-Feb-06 | 1.00 | NYC | Hotel | | $0.00 | | $0.00 | | $0.00 | 1294.07 | $1,294.07 | $1,294.07 | | $0.00 | | $0.00 | Bush House | | $1,294.07 |
| 23-Feb-06 | 1.00 | NYC | Car from JFK | | $0.00 | 52.00 | $52.00 | | $0.00 | | $0.00 | $52.00 | | $0.00 | | $0.00 | | | $52.00 |
| 27-Feb-06 | 1.00 | NYC | Printing | 5.58 | $5.58 | | $0.00 | | $0.00 | | $0.00 | $5.58 | | $0.00 | | $0.00 | | | $5.58 |
| 27-Feb-06 | 1.00 | NYC | Printing | 9.06 | $9.06 | | $0.00 | | $0.00 | | $0.00 | $9.06 | | $0.00 | | $0.00 | | | $9.06 |
| 27-Feb-06 | 1.00 | NYC | Breakfast | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | | $0.00 | | $0.00 | | | $12.00 |
| 27-Feb-06 | 1.00 | NYC | Breakfast | | $0.00 | 12.00 | $12.00 | | $0.00 | | $0.00 | $12.00 | | $0.00 | 10.00 | $10.00 | Lacy | | $12.00 |
| 28-Feb-06 | 1.00 | NYC | Internet | 15.99 | $15.59 | | $0.00 | | $0.00 | | $0.00 | $15.59 | | $0.00 | | $0.00 | | | $15.59 |
| 28-Feb-06 | 1.00 | LON | Flight to LHR | | $0.00 | 427.79 | $427.79 | | $0.00 | | $0.00 | $427.79 | | $0.00 | | $0.00 | | | $427.79 |
| 28-Feb-06 | 1.00 | NYC | T-Mobile | 120.00 | $120.00 | | $0.00 | | $0.00 | | $0.00 | $120.00 | | $0.00 | | $0.00 | | | $120.00 |
| | | | | | $232.53 | | $1,010.16 | | $0.00 | 1294.07 | $1,503.38 | $2,746.07 | | $168.88 | | $134.96 | | | $3,049.91 |
| | | | | | | | | | | | $209.31 | $2,746.07 | | | | | | | $3,049.91 |

RdGsl
31-Jan-06

| Date | Currency (US$=1.00) | Location | Explanation | Sundry/Other | Sundry/Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-Jan-06 | 1.00 NYC | Taxi | | | | $8.00 | $8.00 | | $0.00 | | $0.00 | $8.00 | | $0.00 | | $0.00 | | | $8.00 |
| 12-Jan-06 | 1.00 NYC | Taxi | | | | $9.00 | $9.00 | | $0.00 | | $0.00 | $9.00 | | $0.00 | | $0.00 | | | $9.00 |
| 12-Jan-06 | 1.00 NYC | Printing | 8.74 | $8.74 | | | | $0.00 | | $0.00 | $8.74 | | $0.00 | | $0.00 | | | $8.74 |
| 19-Jan-06 | 1.00 NYC | Taxi to EWR | | | $30.00 | $20.00 | | | $0.00 | | $0.00 | $20.00 | | $0.00 | | $0.00 | | | $20.00 |
| 26-Jan-06 | 1.80 LON | Tea | | | $20.00 | $36.00 | | | $0.00 | | $0.00 | $36.00 | | $0.00 | | $0.00 | | | $36.00 |
| 26-Jan-06 | 1.80 LON | Tea | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | | $0.00 | | $0.00 | | | $0.00 |
| 26-Jan-06 | 1.80 LON | | | | | | | | $0.00 | | $0.00 | $0.00 | | $0.00 | 8 | $14.40 | Lacy, One Aldwych | | $14.40 |
| 26-Jan-06 | 1.80 LON | Hotel | | | | | | 141.00 | $0.00 | | $253.80 | $253.80 | | $0.00 | | $0.00 | | | $253.80 |
| 30-Jan-06 | 1.00 NYC | Taxi | | | $10.00 | $10.00 | | | $0.00 | | $0.00 | $10.00 | | $0.00 | | $0.00 | | | $10.00 |
| 30-Jan-06 | 1.00 NYC | Taxi | | | $7.00 | $7.00 | | | $0.00 | | $0.00 | $7.00 | | $0.00 | | $0.00 | | | $7.00 |
| 30-Jan-06 | 1.00 NYC | Lunch | | | | $0.00 | | | $0.00 | | $0.00 | $0.00 | 17.00 | $17.00 | | $0.00 | Sloan | | $17.00 |
| 31-Jan-06 | 1.00 NYC | Phone | 123.74 | $123.74 | | $0.00 | | | $0.00 | | $0.00 | $123.74 | | $0.00 | | $0.00 | | | $123.74 |
| | | | | | $132.48 | $90.00 | | | $0.00 | | $253.80 | $476.28 | | $17.00 | | $14.40 | | | $507.68 |
| | | | | | | | | | | | | $476.28 | | | | | | | $507.68 |

| UP Date | Currency (US$=1.00) | Location | Explanation | Sundry/ Other | Sundry/ Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/ names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Jan-06 | | | | | | | | | | | | | | | | | | | |
| 31-Jan-06 | 1.00 | NYC | MCI | 24.29 | $24.29 | | $0.00 | | $0.00 | | $0.00 | $24.29 | | $0.00 | | $0.00 | $0.00 | | $24.29 |
| 31-Jan-06 | 1.00 | NYC | Verizon1 | 32.46 | $32.46 | | $0.00 | | $0.00 | | $0.00 | $32.46 | | $0.00 | | $0.00 | $0.00 | | $32.46 |
| 31-Jan-06 | 1.00 | NYC | Verizon2 | 34.92 | $34.92 | | $0.00 | | $0.00 | | $0.00 | $34.92 | | $0.00 | | $0.00 | $0.00 | | $34.92 |
| 31-Jan-06 | 1.00 | NYC | USPS | 4.73 | $4.73 | | $0.00 | | $0.00 | | $0.00 | $4.73 | | $0.00 | | $0.00 | $0.00 | | $4.73 |
| 31-Jan-06 | 1.00 | NYC | ATT internet | 5.95 | $5.95 | | $0.00 | | $0.00 | | $0.00 | $5.95 | | $0.00 | | $0.00 | $0.00 | | $5.95 |
| | | | Cred.Card interest on past due expenses | | | | | | | | | | | | | | | | |
| 31-Jan-06 | 1.00 | NYC | | 309.89 | $309.89 | | $0.00 | | $0.00 | | $0.00 | $309.89 | | $0.00 | | $0.00 | $0.00 | | $309.89 |
| | | | | | $412.24 | | $0.00 | | $0.00 | | $0.00 | $412.24 | | $0.00 | | $0.00 | $0.00 | | $412.24 |
| | | | | | | | | | | | | $412.24 | | | | | | | $412.24 |

| VISIT Date | Currency (US$=1.00) | Location | Explanation | Sundry/Other | Sundry/Other | Transport | Transport | # Miles | MILEAGE @ 0.29 | Lodging | Lodging | SUBTOTAL | Meals alone | Meals alone | Meals | Meals | Meals loc/names/purp | Charge | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Jan-06 | | | | | | | | | | | | | | | | | | | |
| 8-Jan-06 | 1.00 | NYC | Car to JFK | | $0.00 | $62.00 | $62.00 | | $0.00 | | $0.00 | $62.00 | | $0.00 | | $0.00 | | | $62.00 |
| 9-Jan-06 | 1.00 | LON | Tran from LHR | | $0.00 | $48.75 | $48.75 | | $0.00 | | $0.00 | $48.75 | | $0.00 | | $0.00 | | | $48.75 |
| 9-Jan-06 | 1.00 | LON | Dinner | | $0.00 | | | | $0.00 | | $0.00 | | | $0.00 | 46.25 | $46.25 | Lacy | | $46.25 |
| 9-Jan-06 | 1.80 | LON | Taxi | | $0.00 | $9.00 | $19.51 | | $0.00 | | $0.00 | $19.51 | | $0.00 | | $0.00 | | | $19.51 |
| 10-Jan-06 | 1.00 | LON | Tube | | $0.00 | $10.84 | $10.84 | | $0.00 | | $0.00 | $10.84 | | $0.00 | | $0.00 | | | $10.84 |
| 11-Jan-06 | 1.80 | LON | Tube | | $0.00 | $5.42 | $5.42 | | $0.00 | | $0.00 | $5.42 | | $0.00 | | $0.00 | | | $5.42 |
| 11-Jan-06 | 1.00 | LON | Lunch | | $0.00 | | | | $0.00 | | $0.00 | | | $0.00 | 21.21 | $21.21 | Lacy | | $21.21 |
| 11-Jan-06 | 1.80 | LON | Taxi | | $0.00 | $7.00 | $12.60 | | $0.00 | | $0.00 | $12.60 | | $0.00 | | $0.00 | | | $12.60 |
| 11-Jan-06 | 1.80 | LON | Tea | | $0.00 | | | | $0.00 | | $0.00 | | | $0.00 | 8.00 | $14.40 | Lacy | | $14.40 |
| 11-Jan-06 | 1.00 | LON | Hotel | | $0.00 | | | | $0.00 | 414.45 | $414.45 | $414.45 | | $0.00 | | $0.00 | | | $414.45 |
| 12-Jan-06 | 1.00 | NYC | Car from EWR | | $0.00 | $62.00 | $62.00 | | $0.00 | | $0.00 | $62.00 | | $0.00 | | $0.00 | | | $62.00 |
| 24-Jan-06 | 1.00 | NYC | Car to EWR | | $0.00 | $60.00 | $60.00 | | $0.00 | | $0.00 | $60.00 | | $0.00 | | $0.00 | | | $60.00 |
| 25-Jan-06 | 1.00 | LON | Tran from LHR | | $0.00 | $26.53 | $26.53 | | $0.00 | | $0.00 | $26.53 | | $0.00 | | $0.00 | | | $26.53 |
| 24-Jan-06 | 1.80 | LON | Dinner | | $0.00 | | | | $0.00 | | $0.00 | $16.20 | 9.00 | $16.20 | | $0.00 | | | $16.20 |
| 25-Jan-06 | 1.00 | LON | Taxi | | $0.00 | $6.00 | $10.80 | | $0.00 | | $0.00 | $10.80 | | $0.00 | | $0.00 | | | $10.80 |
| 25-Jan-06 | 1.00 | LON | Lunch | | $0.00 | | | | $0.00 | | $0.00 | $8.64 | 8.64 | $8.64 | | $0.00 | | | $8.64 |
| 26-Jan-06 | 1.80 | LON | Tube | | $0.00 | $4.90 | $8.82 | | $0.00 | | $0.00 | $8.82 | | $0.00 | | $0.00 | | | $8.82 |
| 26-Jan-06 | 1.00 | LON | Mobile top-up | 20.00 | $36.00 | | | | $0.00 | | $0.00 | $36.00 | | $0.00 | | $0.00 | | | $36.00 |
| 27-Jan-06 | 1.00 | LON | Dinner | | $0.00 | | | | $0.00 | | $0.00 | | | $0.00 | 98.50 | $98.50 | Lacy | | $98.50 |
| 28-Jan-06 | 1.00 | LON | Tube | | $0.00 | $8.94 | $8.94 | | $0.00 | | $0.00 | $8.94 | | $0.00 | | $0.00 | | | $8.94 |
| 28-Jan-06 | 1.00 | LON | Lunch | | $0.00 | | | | $0.00 | | $0.00 | $52.56 | 52.56 | $52.56 | | $0.00 | | | $52.56 |
| 29-Jan-06 | 1.80 | LON | Taxi | | $0.00 | $8.00 | $14.40 | | $0.00 | | $0.00 | $14.40 | | $0.00 | | $0.00 | | | $14.40 |
| 29-Jan-01 | 1.00 | LON | Hotel | | $0.00 | | | | $0.00 | 792.52 | $792.52 | $792.52 | | $0.00 | | $0.00 | | | $792.52 |
| 29-Jan-06 | 1.80 | LON | Train to LHR | | $0.00 | $26.45 | $26.45 | | $0.00 | | $0.00 | $26.45 | | $0.00 | | $0.00 | | | $26.45 |
| 29-Jan-06 | 1.00 | NYC | Car from EWR | | $0.00 | $60.00 | $60.00 | | $0.00 | | $0.00 | $60.00 | | $0.00 | | $0.00 | | | $60.00 |
| | | | | | $36.00 | $437.06 | | | $0.00 | | $1,206.97 | $1,680.03 | | $77.40 | | $180.36 | | | $1,937.79 |
| | | | | | | | | | | | | $1,680.03 | | | | | | | $1,937.79 |

# EXHIBIT 21

**Summary: Apr 06 - July 06**

**Apr-06**
UP          $869.16
WST         $4,422.19

**May-06**
UP          $707.16          RiSci          $24.14
WST         $4,045.38

**Jun-06**
UP          $761.03
WST         $4,692.91

**Jul-06**
UP          $789.97
WST         $4,486.88

            **$20,774.68**                    **$24.14**

# EXHIBIT 22

## Summary: Apr 06 - July 06

**Apr-06**
UP          $869.16
WST       $4,422.19

**May-06**
UP          $707.16              RiSci              $24.14
WST       $4,045.38

**Jun-06**
UP          $761.03
WST       $4,692.91

**Jul-06**
UP          $789.97
WST       $5,073.42

**Aug-06**
UP          $275.06
WST        $730.47

**Sep-06**
UP          $307.04
WST       $1,782.66

**Oct-06**
UP          $374.80
WST       $1,119.77

|  |  |  |
|---|---|---|
| **$25,951.02** | | **$24.14** |