UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
NELSON GONZALEZ,                              :
                                              :
                Plaintiff,        :    08 Civ 4467
                                              :
   - against -                                :    **ORDER**
                                              :
THE ULINOV PARTNERSHIP INC., et al.,          :
                                              :
                Defendants.       :
------------------------------------------------------------ X

**VICTOR MARRERO, United States District Judge.**

    In accordance with the discussion at the parties' conference with the Court on August 29, 2008, plaintiff shall have leave to amend the complaint to address the matters raised by defendants and the Court, and defendant shall withdraw the motion (Docket No. 10) to dismiss the complaint or for summery judgment.

**SO ORDERED.**

Dated:    New York, New York
             3 September 2008

                                    VICTOR MARRERO
                                       U.S.D.J.

